United States District Court
District of Minnesota

Pro-Life Action Ministries, et al.,

     Plaintiff(s),

Court File No.
23-cv-853 JWB-DJF

V.

AFFIDAVIT OF SERVICE

City of Minneapolis, a Minnesota municipality
     Defendant(s).

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 6th day of April, 2023 at 9:21am he served the following: Summons; Complaint; Civil Cover Sheet on City of Minneapolis, a Minnesota municipality therein named, personally at 350 S 5th St # 304, Minneapolis, 55415, County of Hennepin, State of Minnesota, by handing to and leaving with Casey Beeksma, Designee Minneapolis City Clerks Office, agent authorized to accept service a true and correct copy thereof.

Subscribed and Sworn to Before Me this

_6th_ Day of April, 2023 David J. Lunda

Notary Public

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

**Minneapolis**
City of Lakes

Office of City Clerk
350 S. Fifth St. - Room 304
Minneapolis, MN 55415
TEL 612.673.2216
www.minneapolismn.gov

To Legal Servers:

October 21, 2022

Under Minnesota Statutes §508.16, Form of Summons; Service on Various Parties; Publication and pursuant to Rule 4 of the Minnesota Court Rules of Civil Procedure, service of a summons on the City is to the chief executive office or to the clerk.

Therefore, the following individuals are authorized to receive service:

Mayor Jacob Frey
Casey Joe Carl, City Clerk
Christian Rummelhoff, Assistant City Clerk
Jackie Hanson, Designee, Assistant City Clerk
Ken Dahler, Designee
Kendall Smaby, Designee
Peggy Menshek, Designee
Lisa Brock, Designee
Rachel Blanford, Designee
Michael Waldergerma, Designee
Kate Redden, Designee
Anita Roby, Designee
Casey Beeksma, Designee
Craig Martodam, Designee
Zack Farley, Designee

The exception of authorized individuals will be while service of summons in a land registration. Summons in a land registration will only be served to/received by:

Mayor Jacob Frey
Casey Joe Carl, City Clerk

The foregoing individuals will accept service only for the City of Minneapolis which includes Community Planning and Economic Development (CPED, formerly the Minneapolis Community Development Agency, MCDA) but does not include the Minneapolis Park and Recreation Board, Library Board, Municipal Building Commission (MBC) or Minneapolis Public Housing Authority (MPHA).

Sincerely,

Casey Joe Carl
City Clerk
City of Minneapolis

STATE OF Minnesota

COUNTY OF Hennepin

This instrument was acknowledged before me on October 24 2022

Notary Public

Jacqueline A Hanson
State of Minnesota
Notary Public
Commission No. 6090732
My Commission Expires Jan. 31, 2027