**ORDINANCE**
**By Goodman**

**Amending Title 15 of the Minneapolis Code of Ordinances relating to Offenses—Miscellaneous.**

The City Council of the City of Minneapolis do ordain as follows:

Section 1. That the Minneapolis Code of Ordinances be amended by adding thereto a new Chapter 405 to read as follows:

### CHAPTER 405. - SECURITY OF REPRODUCTIVE HEALTHCARE FACILITIES

**405.10. - Definitions.** As used in this chapter:

*Disrupt* shall mean obstruct, impede, or hinder.

*Driveway* shall mean that portion of a right-of-way, including a sidewalk or bikeway, that provides vehicular access from a street to a reproductive healthcare facility.

*Reproductive healthcare facility* shall mean a facility, other than a hospital, where abortions are offered or performed in accordance with state law, and shall include, but not be limited to, the structures, grounds, and parking facilities occupying the same lot as the facility.

**405.20. - Disrupting access to reproductive healthcare facilities prohibited.** No person shall knowingly physically disrupt any person's access to, ingress to, or egress from a reproductive healthcare facility, or attempt to do so, except:

(1) When crossing the driveway completely from one side of the driveway to the other without stopping or slowing and continuing to a destination beyond the furthest lot line of the reproductive healthcare facility;

(2) When using the driveway to move from the reproductive healthcare facility to the street or vice versa;

(3) Government employees, agents, and assigns, such as law enforcement, emergency medical personnel, firefighters, regulatory services, and public works, when acting within the scope of their duties; or

(4) Employees, agents, and assigns of the reproductive healthcare facility when acting within the scope of their duties.

**405.30. - Occupying driveways prohibited.** No person shall knowingly enter onto or create an obstruction within a driveway during the reproductive healthcare facility's business hours, except:

(1) When crossing the driveway completely from one side of the driveway to the other without stopping or slowing and continuing to a destination beyond the furthest lot line of the reproductive healthcare facility;

(2) When using the driveway to move from the reproductive healthcare facility to the street or vice versa;

EXHIBIT 1

(3) Government employees, agents, and assigns, such as law enforcement, emergency medical personnel, firefighters, regulatory services, and public works, when acting within the scope of their duties; or

(4) Employees, agents, and assigns of the reproductive healthcare facility when acting within the scope of their duties.

**405.40. - Signage and demarcation.** A reproductive healthcare facility may install permanent markings on the driveway to indicate the boundaries of the driveway after obtaining, and in accordance with the terms of, an encroachment permit issued pursuant to Chapter 95 of this Code, and may post signage indicating that occupying the marked driveway is prohibited during business hours per Section 405.30 of this Code, so long as such signage is posted in accordance with Chapter 543 of this Code. Notwithstanding the foregoing, the absence, illegibility, or invisibility of said lines or signage is not a defense to prosecution under this chapter.

**405.50. - Severability.** If any of the parts or provisions of this chapter or the application thereof to any person or circumstance is held invalid or unconstitutional by a decision of a court of competent jurisdiction, the remainder of this chapter, including the application of such part or provisions to persons or circumstances other than those to which it is held invalid, shall not be affected thereby and shall continue in full force and effect. To this end, the provisions of this chapter are severable.

EXHIBIT 1