UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Pro-Life Action Ministries, Lucy Maloney, Thomas Wilkin, and Debra Braun,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>City of Minneapolis, a Minnesota municipality,<br><br>　　　　　Defendant. | Case No. 23-CV-853 (JWB/DJF)<br><br>**DEFENDANT'S MOTION TO DISMISS** |

　　Defendant, City of Minneapolis (hereinafter "Defendant") hereby move this Court for judgment on the pleadings pursuant to Federal Rules of Civil Procedure 12(b)(6) for an order dismissing, with prejudice, the following Counts as listed in Plaintiffs' Complaint:

　　Count I – Violation of freedom of speech

　　Count II – Violating the right of expressive association

　　Count III – Violating the free exercise of religion

　　This motion is made upon all the files, records, and proceedings herein, including all arguments of counsel at the hearing on this motion scheduled on a date to be determined before this Court.

Dated: June 5, 2023

　　　　　　　　　　　　　　　　　　KRISTYN ANDERSON
　　　　　　　　　　　　　　　　　　City Attorney
　　　　　　　　　　　　　　　　　　By　_Tracey Fussy_

　　　　　　　　　　　　　　　　　　TRACEY FUSSY (#311807)
　　　　　　　　　　　　　　　　　　SHARDA ENSLIN (#0387914
　　　　　　　　　　　　　　　　　　AMY SCHUTT (#395647)

1

Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254
(612) 673-2180
(612) 673-5052
tracey.fussy@minneapolismn.gov
sharda.enslin@minneapolismn.gov
amy.schutt@minneapolismn.gov

*Attorneys for Defendant*