## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Pro-Life Action Ministries, Lucy Maloney, Thomas Wilkin, and Debra Braun,

        Plaintiffs,

v.

City of Minneapolis, a Minnesota municipality,

        Defendant.

Case No. 23-CV-853 (JWB/DJF)

**NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS**

---

Please take notice that the Motion to Dismiss brought by Defendant, City of Minneapolis (hereinafter "Defendant"), will be heard by the Honorable Jerry W. Blackwell, United States District Judge for the District of Minnesota, in Courtroom 3C of the United States District Court, located at 316 N. Robert Street, St. Paul, Minnesota 55101 on a date to be determined.

Dated: June 5, 2023

KRISTYN ANDERSON
City Attorney
By      *Tracey Fussy*

TRACEY FUSSY (#311807)
SHARDA ENSLIN (#0387914)
AMY SCHUTT (#395647)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254
(612) 673-2180
(612) 673-5052
tracey.fussy@minneapolismn.gov

1

sharda.enslin@minneapolismn.gov
amy.schutt@minneapolismn.gov

*Attorneys for Defendant*