# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PRO-LIFE ACTION MINISTRIES, LUCY MALONEY, THOMAS WILKIN, and DEBRA BRAUN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MINNEAPOLIS, a Minnesota municipality,<br><br>Defendant. | Case No. 23-CV-00853<br>(ECT/DJF)<br><br>**PLAINTIFFS' MOTION TO COMPEL** |

Pursuant to Rule 26(b)(5)(B) of the Federal Rules of Civil Procedure, Plaintiffs hereby move this Court for an Order compelling Defendant to produce documents that it improperly clawed back and documents that it improperly withheld on the basis of attorney-client privilege, as argued in Plaintiffs' accompanying Memorandum. This motion is made pursuant to the Federal Rules of Civil Procedure, District of Minnesota LR 7.1, and upon the files, records, and proceedings herein, as well as the arguments of counsel.

Respectfully submitted, this 12th day of November, 2024.

/s/Nathan Loyd
Peter Breen†
Joan Mannix†
B. Tyler Brooks†
Nathan Loyd†
THOMAS MORE SOCIETY
309 W. Washington Street
Suite 1250
Chicago, IL 60606
Telephone: (312) 782-1680
Fax: (336) 900-6535
pbreen@thomasmoresociety.org
jmannix@thomasmoresociety.org
tbrooks@thomasmoresociety.org
nloyd@thomasmoresociety.org

† admitted *pro hac vice*

Erick G Kaardal
Elizabeth A. Nielson
MOHRMAN, KAARDAL & ERICKSON, P.A.
150 South Fifth Street
Suite 3100
Minneapolis, MN 55402
Telephone: (612) 465-0927
Fax: 612-341-1076
kaardal@mklaw.com
nielson@mklaw.com

*Attorneys for Plaintiffs*