# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PRO-LIFE ACTION MINISTRIES, LUCY MALONEY, THOMAS WILKIN, and DEBRA BRAUN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MINNEAPOLIS, a Minnesota municipality,<br><br>Defendant. | Case No. 23-CV-00853<br>(ECT/DJF)<br><br>**MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 7.1 REGARDING PLAINTIFFS' MOTION TO COMPEL** |

I, Nathan Loyd, am one of the attorneys representing Plaintiffs in the above-entitled matter. I hereby certify that Plaintiffs' counsel met and conferred with Defendants' counsel on October 11, 2024, via videoconference in an attempt to resolve the parties' differences and eliminate the need for this motion. In accordance with Local Rule 7.1(a)(1)(A), I submit this statement to advise the Court that although the parties attempted to resolve this matter, they were unable to as of the date of this statement.

Respectfully submitted, this 12th day of November, 2024.

/s/Nathan Loyd
Peter Breen†
Joan Mannix†
B. Tyler Brooks†
Nathan Loyd†
THOMAS MORE SOCIETY
309 W. Washington Street
Suite 1250
Chicago, IL 60606
Telephone: (312) 782-1680
Fax: (336) 900-6535
pbreen@thomasmoresociety.org
jmannix@thomasmoresociety.org
tbrooks@thomasmoresociety.org
nloyd@thomasmoresociety.org

† admitted *pro hac vice*

Erick G Kaardal
Elizabeth A. Nielson
MOHRMAN, KAARDAL & ERICKSON, P.A.
150 South Fifth Street
Suite 3100
Minneapolis, MN 55402
Telephone: (612) 465-0927
Fax: 612-341-1076
kaardal@mklaw.com
nielson@mklaw.com

*Attorneys for Plaintiffs*