

November 25, 2024

**VIA CM/ECF ONLY**

The Honorable Dulce J. Foster
United States Magistrate Judge
U.S. DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
300 South Fourth Street
Minneapolis, MN 55415

Re: *Pro-Life Action Ministries v. City of Minneapolis*, No. 0:23-cv-00853 (D. Minn.);
Identification of Parties for Settlement Conference

Dear Judge Foster:

As directed by the Court's Order of November 18, 2024, counsel for the Plaintiffs hereby identify the following individuals, who will attend the settlement conference set for March 3, 2025, on behalf of Plaintiffs:

Peter Breen, Executive Vice President, Thomas More Society
B. Tyler Brooks, Senior Counsel, Thomas More Society
Nathan Loyd, Counsel, Thomas More Society
Brian Gibson, Corporate Representative, Plaintiff Pro-Life Action Ministries
Lucy Maloney, Plaintiff
Thomas Wilkin, Plaintiff
Debra Braun, Plaintiff

Thank you very much for your time. Plaintiffs' counsel are available at the Court's convenience to answer any questions or address any concerns that the Court may have.

Respectfully,

/s/Peter Breen
Peter Breen
*Executive Vice President &
Head of Litigation*

/s/Joan M. Mannix
Joan M. Mannix
*Executive Vice President &*
*Managing Counsel*

/s/B. Tyler Brooks
B. Tyler Brooks
*Senior Counsel*

/s/Nathan Loyd
Nathan Loyd
*Staff Counsel*

cc: Munazza Humayun, Esq.
     Sara J. Lathrop, Esq.
     Tracey N. Fussy, Esq.
     Adam Szymanski, Esq.
     Erick Kaardal, Esq.
     Elizabeth Nielson, Esq.