# UNITED STATES DISTRICT COURT

## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Pro-Life Action Ministries, Lucy Maloney,
Thomas Wilkin, Debra Braun,

                Plaintiff(s),

Case Number:  23-cv-853 ECT/DJF

v.

City of Minneapolis,

                Defendants.

☒ **FRCP 68. Offer of Judgment.**  Upon the filing of the FRCP 68 Offer of Judgment on 12/18/2024 and Plaintiffs' acceptance of the same.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiffs Pro-Life Action Ministries, Lucy Maloney, Thomas Wilkin, Debra Braun, against Defendants City of Minneapolis in the amount of $10.00 each.

12/19/2024                                      <u>KATE M. FOGARTY, CLERK</u>