# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Pro-Life Action Ministries, Lucy Maloney, Thomas Wilkin, and Debra Braun,

        Plaintiffs,

v.

City of Minneapolis, a Minnesota municipality,

        Defendant.

Case No. 23-CV-00853 (ECT/DJF)

**Stipulated Motion to Extend Plaintiffs' Deadline to File Motion for Attorneys' Fees and Costs**

Plaintiffs Pro-Life Action Ministries *et al.* and Defendant City of Minneapolis hereby stipulate to extend Plaintiffs' deadline to file their motion for attorneys' fees and costs by 14 days, to January 16, 2025, and respectfully ask the Court to enter an order extending these deadlines. In support of their motion, the parties show the Court as follows:

1. Judgment was entered for Plaintiffs in this case on December 19, 2024. (Dkt. 101). Plaintiffs' motion pursuant to Fed. R. Civ. Pr. 54(d) for attorneys' fees and costs (*see* dkt. 99-1) is currently due January 2, 2025.

2. Plaintiffs represent that, due to the unavailability of staff owing to the holidays, they require additional time to collect the necessary materials to prepare their motion. In addition, due to the

extension requested by Plaintiffs and previously scheduled travel of counsel, Defendant's counsel will require additional time to respond to Plaintiffs' motion for attorneys' fees and costs.

3. The parties have agreed that with the Court's permission, Plaintiffs will submit their motion for attorneys' fees and costs on January 16, 2025, and Defendant will file its response on February 13, 2025.

4. The Court previously set this matter for settlement conference, to be held on March 3, 2025. After judgment was entered, the parties asked the Court to retain that date, in case they need the Court's assistance to settle the outstanding matter of fees and costs. The parties remain open to a negotiated resolution to the matter of fees and costs, which the additional time will allow them to pursue.

WHEREFORE, Plaintiffs and Defendants jointly move the Court to extend the deadline for Plaintiffs to file their motion for attorneys' fees and costs by 14 days, to January 16, 2025, and to extend the deadline for Defendant to respond to February 13, 2025.

Respectfully submitted, this <u>27th</u> day of December, 2024.

THOMAS MORE SOCIETY

By /s/B. Tyler Brooks
Peter Breen†
B. Tyler Brooks†
Nathan Loyd†
309 W. Washington Street
Suite 1250
Chicago, IL 60606
(312) 782-1680
Fax: (336) 900-6535
pbreen@thomasmoresociety.org
tbrooks@thomasmoresociety.org
nloyd@thomasmoresoeciety.org


† admitted *pro hac vice.*

Erick G Kaardal
Elizabeth Nielsen
MOHRMAN, KAARDAL
& ERICKSON, P.A.
150 South Fifth Street
Suite 3100
Minneapolis, MN 55402
(612) 465-0927
Fax: 612-341-1076
kaardal@mklaw.com
nielsen@mklaw.com


*Attorneys for Plaintiffs*

KRISTYN ANDERSON
City Attorney


By /s/Sara J. Lathrop
SARA J. LATHROP (# 0310232)
TRACEY N. FUSSY (# 0311807)
MUNAZZA HUMAYUN (# 0390788)
ADAM E. SZYMANSKI (#0397704)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
sara.lathrop@minneapolismn.gov
tracey.fussy@minneapolismn.gov
munazza.humayun@minneapolismn.gov
adam.szymanski@minneapolismn.gov


*Attorneys for Defendant*