# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Pro-Life Action Ministries, Lucy Maloney, Thomas Wilkin, and Debra Braun,

           Plaintiffs,

v.

City of Minneapolis, a Minnesota municipality,

           Defendant.

Case No. 23-CV-00853 (ECT/DJF)

**[PROPOSED] ORDER**

---

Before the Court is the stipulated motion of Plaintiffs Pro-Life Action Ministries *et al.* and Defendant City of Minneapolis to extend Plaintiffs' deadline to file their motion for attorneys' fees and costs by 14 days, to January 16, 2025, and for an extension for Defendant's response. Based upon the parties' stipulation, and for good cause shown, the Court orders as follows:

Plaintiffs shall submit their motion for attorneys' fees and costs on or before January 16, 2025, and Defendant shall file its response on or before February 13, 2025.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Eric C. Tostrud
United States District Judge