UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Pro-Life Action Ministries, Lucy Maloney, Thomas Wilkin, and Debra Braun,<br><br>　　Plaintiffs,<br><br>v.<br><br>City of Minneapolis, *a Minnesota municipality*,<br><br>　　Defendant. | File No. 23-cv-853 (ECT/DJF)<br><br><br><br>**ORDER** |

For good cause shown, the parties' joint motion to extend Plaintiffs' deadline to file their motion for attorneys' fees and costs and for Defendant to file its response [ECF No. 102] is **GRANTED**. Plaintiffs' motion for attorneys' fees and costs is due January 16, 2025, and Defendant's response is due February 13, 2025.

　　**SO ORDERED**.

Dated:  December 30, 2024　　　　　　　s/ Eric C. Tostrud
　　　　　　　　　　　　　　　　　　　　Eric C. Tostrud
　　　　　　　　　　　　　　　　　　　　United States District Court