## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PRO-LIFE ACTION MINISTRIES, LUCY MALONEY, THOMAS WIL-KIN, and DEBRA BRAUN,

        Plaintiffs,

v.

CITY OF MINNEAPOLIS, a Minnesota municipality,

        Defendant.

Case No. 23-CV-00853
(ECT/DJF)

**DECLARATION OF NATHAN LOYD IN SUPPORT OF PLAINTIFFS' BILL OF COSTS**

I, Nathan Loyd, declare the following:

1.     I am over the age of eighteen.

2.     I am one of the attorneys representing Plaintiffs in the above-referenced matter. I am competent to testify to the matters stated herein, all of which are based on personal knowledge.

3.     This declaration is submitted in support of Plaintiffs' Bill of Costs, filed on January 21, 2025.

4.     Plaintiffs seek taxation of costs for the $402 filing fee incurred when commencing this action. *See* Dkt. 1.

5.     Plaintiffs seek taxation of costs for the four *pro hac vice* motions filed with the court. *See* Dkt. 22 (B. Tyler Brooks), Dkt. 23 (Peter Breen), Dkt.

47 (Nathan Loyd), Dkt. 54 (Joan Mannix).  The total cost of the four pro hac vice motions is $400.  *See* U.S. District Court for the District of Minnesota Bill of Costs Guide July 2021, at 4 ("Taxable fees of the Clerk most commonly refers to the initial filing fee [and] pro hac vice fee. Any other fee paid to the Clerk of Court for the District of Minnesota may be taxed.")

6.      Therefore, the total fees of the Clerk are $802.00.

7.      Plaintiffs seek taxation of costs for printed transcripts necessarily obtained for use in the case. An itemization of each transcript for which Plaintiffs request taxation of costs is below, and true and accurate copies of the invoices for each item are attached in Exhibit A.

| Transcript | Invoice | Date | Cost |
|---|---|---|---|
| Lucy Maloney Deposition | Ex. A at 1 | June 17, 2024 | $1,575.55 |
| Debra Braun Deposition | Ex. A at 2 | June 20, 2024 | $1,377.20 |
| Thomas Wilkin Deposition | Ex. A at 3 | June 21, 2024 | $1,452.75 |
| Brian Gibson Deposition | Ex. A at 4 | July 3, 2024 | $1,522.90 |
| Total | | | $5,928.40 |

8.      The costs of obtaining deposition transcripts for Lucy Maloney, Debra Braun, Thomas Wilkin, and Brian Gibson were necessary because Maloney, Braun, and Wilkin are named Plaintiffs and Brian Gibson was the Rule 30(b)(6) deponent for Plaintiff Pro-Life Action Ministries. *See id.* at 5("C. FEES FOR PRINTED AND ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE, 28 U.S.C. § 1920(2): *

* * 2. Deposition transcripts (printed or electronically recorded) are taxable by the Clerk if the transcript was necessarily obtained for use in the case. The Clerk may tax deposition transcripts when: . . . ii. The deponent is a named party in the case."). These transcripts were also necessary for expected preparation of summary judgment motions and eventual expected trial.[1] *See id.*, C.2.iv.-v. Plaintiffs reserve the right to seek recovery of other deposition costs not contemplated by Fed. R. Civ. P. 54(d), Local Rule 54.3(c), and/or 28 U.S.C. §§ 1920-1924 by separate motion addressed to the District Judge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**Dated:** January 21, 2025          /s/ Nathan Loyd_____
                                      Nathan Loyd

---

[1] Summary judgment and trial did not occur due to Defendant's conceding the case via an Offer of Judgment against it, on all claims, at the near-conclusion of discovery.