# EXHIBIT A

**Veritext, LLC - Midwest Region**
Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Tyler Brooks<br>Thomas More Society<br>309 W. Washington Street, Suite 1250<br>Chicago, IL, 60606 | Invoice #: | 7530683 |
|---|---|---|---|
| | | Invoice Date: | 7/1/2024 |
| | | Balance Due: | $1,575.55 |

| Case: Pro-Life Action Ministries, Et Al. v. City Of Minneapolis, Et Al. (3CV853) | Proceeding Type: Depositions |
|---|---|

Job #: 6751914   |   Job Date: 6/17/2024   |   Delivery: Normal

| Location: | Minneapolis, MN |
|---|---|
| Billing Atty: | Tyler Brooks |
| Scheduling Atty: | Munazza Humayun | Minneapolis City Attorney Office |

| Witness: Lucy Maloney | Amount |
|---|---|
| Transcript Services | $890.50 |
| Rough Draft | $506.90 |
| Exhibits | $7.15 |
| Logistics, Processing & Electronic Files | $72.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

| Notes: | Invoice Total: | $1,575.55 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,575.55 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 7530683
**Invoice Date:** 7/1/2024
**Balance Due:** $1,575.55

Pay by Credit Card: www.veritext.com

15507

**Veritext, LLC - Midwest Region**
Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Tyler Brooks<br>Thomas More Society<br>309 W. Washington Street, Suite 1250<br>Chicago, IL, 60606 | Invoice #: | 7534150 |
|---|---|---|---|
| | | Invoice Date: | 7/2/2024 |
| | | Balance Due: | $1,377.20 |

**Case: Pro-Life Action Ministries, Et Al. v. City Of Minneapolis, Et Al. (23CV853)**  **Proceeding Type: Depositions**

Job #: 6751953   |   Job Date: 6/20/2024   |   Delivery: Normal

Location:           Minneapolis, MN
Billing Atty:        Tyler Brooks
Scheduling Atty:  Munazza Humayun | Minneapolis City Attorney Office

| Witness: Debra Braun | Amount |
|---|---:|
| Transcript Services | $763.75 |
| Rough Draft | $434.75 |
| Exhibits | $7.70 |
| Logistics, Processing & Electronic Files | $72.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,377.20 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,377.20 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 7534150
**Invoice Date:** 7/2/2024
**Balance Due:** $1,377.20

Pay by Credit Card: www.veritext.com

15507

**Veritext, LLC - Midwest Region**
Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Joan Mannix<br>Thomas More Society<br>309 W. Washington Street, Suite 1250<br>Chicago, IL, 60606 | **Invoice #:** | **7538038** |
|---|---|---|---|
| | | **Invoice Date:** | **7/5/2024** |
| | | **Balance Due:** | **$1,452.75** |

**Case: Pro-Life Action Ministries, Et Al. v. City Of Minneapolis (23CV853 (ECTDJF))**   **Proceeding Type: Depositions**

Job #: 6752039   |   Job Date: 6/21/2024   |   Delivery: Normal

Location:  Minneapolis, MN
Billing Atty:  Joan Mannix
Scheduling Atty:  Munazza Humayun | Minneapolis City Attorney Office

| Witness: Thomas Wilkin | Amount |
|---|---|
| Transcript Services | $815.75 |
| Rough Draft | $464.35 |
| Exhibits | $1.65 |
| Logistics, Processing & Electronic Files | $72.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,452.75** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,452.75** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 7538038
**Invoice Date:** 7/5/2024
**Balance Due:** $1,452.75

Pay by Credit Card: www.veritext.com

15507

**Veritext, LLC - Midwest Region**
Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Tyler Brooks<br>Thomas More Society<br>309 W. Washington Street, Suite 1250<br>Chicago, IL, 60606 | **Invoice #:** | **7569834** |
|---|---|---|---|
| | | **Invoice Date:** | **7/25/2024** |
| | | **Balance Due:** | **$1,522.90** |

| **Case: Pro-Life Action Ministries, Et Al. v. City Of Minneapolis (23CV853 (ECTDJF))** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6776061   |   Job Date: 7/3/2024   |   Delivery: Normal

Location:   Minneapolis, MN

Billing Atty:   Tyler Brooks

Scheduling Atty:   Munazza Humayun | Minneapolis City Attorney Office

| **Witness: Brian Gibson** | **Amount** |
|---|---|
| Transcript Services | $858.00 |
| Rough Draft | $488.40 |
| Exhibits | $5.50 |
| Logistics, Processing & Electronic Files | $72.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

| Notes: | **Invoice Total:** | **$1,522.90** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,522.90** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:**   **7569834**
**Invoice Date:**   **7/25/2024**
**Balance Due:**   **$1,522.90**

B420240810

15507