# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PRO-LIFE ACTION MINISTRIES, LUCY MALONEY, THOMAS WILKIN, and DEBRA BRAUN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF MINNEAPOLIS, a Minnesota municipality,<br><br>    Defendant. | Case No. 23-CV-00853 (ECT/DJF)<br><br>**LR 7.1(F) & LR 7.1(H) CERTIFICATE OF COMPLIANCE** |

I, Peter Breen, certify that Plaintiffs' Memorandum in Support of their Motion to Compel complies with the length limitations imposed by Local Rule 7.1(f), and the type size limitations imposed by Local Rule 7.1(h). I further certify that Microsoft Word was used in preparing the memorandum using 13-point font using Microsoft Word. Plaintiffs' Memorandum consists of 8,163 words, including all text, headings, footnotes, and quotations.

Respectfully submitted, this 23rd day of January, 2025.

/s/ Peter Breen
Peter Breen†
Joan Mannix†
B. Tyler Brooks†
Nathan Loyd†
THOMAS MORE SOCIETY
309 W. Washington Street
Suite 1250
Chicago, IL 60606

Telephone: (312) 782-1680
Fax: (336) 900-6535
pbreen@thomasmoresociety.org
jmannix@thomasmoresociety.org
tbrooks@thomasmoresociety.org
nloyd@thomasmoresociety.org

† admitted *pro hac vice*

Erick G Kaardal
Elizabeth A. Nielson
MOHRMAN, KAARDAL & ERICKSON, P.A.
150 South Fifth Street
Suite 3100
Minneapolis, MN 55402
Telephone: (612) 465-0927
Fax: 612-341-1076
kaardal@mklaw.com
nielson@mklaw.com

*Attorneys for Plaintiffs*