# EXHIBIT C

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2936

Thomas John Styczinski, et al.

Appellants

v.

Grace Arnold, in her official capacity as Commissioner of the Minnesota Department of Commerce

Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-02019-NEB)

---

**ORDER**

Appellants' motion for attorney fees is granted. Appellants are awarded $122,838.30 for the appeal, $9,827.50 for the fee motion and reply to the response, and $1,591.20 in non-taxable costs.

October 04, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans