# EXHIBIT C

Rough Draft Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                     DISTRICT OF MINNESOTA

 3  _____

 4  Pro-Life Action
    Ministries, Lucy Maloney,
 5  Thomas Wilkin, and Debora
    Braun,
 6                                        Case No.
              Plaintiffs,         23-CV-853 (ECT/DJF)
 7
    v.
 8
    City of Minneapolis, a
 9  Minnesota municipality,

10            Defendant.

11  _____

12

13      ***** UNCERTIFIED ROUGH DRAFT TRANSCRIPT *****

14

15                       DEPOSITION OF

16                       THOMAS WILKIN

17                   Friday, June 21, 2024

18

19

20

21

22
```

```
23
24    JOB NO.:        MW 6752039
25    REPORTED BY:    Merilee Johnson, RDR, CRR, CRC, RSA
```

                                        Rough Draft Page 2

```
1           *** UNCERTIFIED ROUGH DRAFT DISCLAIMER ***
2     Please find attached the above-referenced rough
3     draft transcript you ordered.
4
5     CONSENT:  By opening this rough draft transcript,
6     you (1) Agree to purchase the final transcript; (2)
7     Acknowledge this rough draft to be the court
8     reporter s work product and therefore agree not to
9     redistribute or furnish it, either in whole or in
10    part, on disk or hard copy, via modem or computer or
11    any other means, to any other party or counsel to
12    this case outside of the purview of your
13    representation.
14
15    DISCLAIMER:  This uncertified, unedited rough draft
16    may contain untranslated words, mistranslated words,
17    notes made by the court reporter, misspelled proper
18    names, or phrases that do not make sense. All such
19    entries will be corrected in the final, certified
```

20   transcript which we will deliver in accordance with

21   your stated transcript order. These final

22   corrections will affect the transcript s pagination

23   and therefore this draft should not be used or cited

24   in any court proceedings.

25

Rough Draft Page 3

1    ***** BEGINNING OF UNCERTIFIED ROUGH DRAFT *****

2                  THOMAS WILKIN,

3    duly affirmed, was examined and testified as follows:

4                    EXAMINATION

5    BY MS. HUMAYUN:

6        Q.   Good morning, Mr. Wilkin.

7        A.   Good morning.

8        Q.   I am Munazza Humayun. We've met before and

9    I'm here with my co-counsel, Sara Lathrop. And

10   we're here for a deposition today, as you

11   understand, in PLAM versus City of Minneapolis.

12           I'm going to go over some ground rules and

13   ask you a series of questions.

14           Have you ever been deposed before?

15       A.   I have not.

16       Q.   Okay. I'm sure the process has been

```
 9        A.    Okay.  I mean, our entire training could
10   be -- could be described in terms of dos and don'ts,
11   either required or at least -- or at least
12   recommended.
13        Q.    How long is the training seminar?
14        A.    The training seminar is typically two
15   hours.
16        Q.    What are some don'ts?
17        A.    Don't respond with angry words even if you
18   are provoked.  Don't touch anyone who is not with
19   our ministry unless they clearly indicate that they
20   want a hug or in some other way are open to that.
21              Do not block access to the abortion
22   facility; in other words, don't violate the FACE
23   Act.  Do not be angry or judgmental with your tone
24   or words, as I mentioned.
25        Q.    Once a sidewalk counselor or would-be
```

Rough Draft Page 140

```
 1   sidewalk counselor completes the two-hour training
 2   seminar and completes a shadowing shift with an
 3   experienced counselor, are they required to undergo
 4   the same seminar again periodically?
 5        A.    They are not required to.
```