# EXHIBIT E

```
 1                UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
 2
     ------------------------------------------------------------
 3   PRO-LIFE ACTION MINISTRIES,         Case No. 23-CV-00853
     LUCY MALONEY, THOMAS WILKIN,                      (ECT/DJF)
 4   and DEBRA BRAUN,

 5                      Plaintiffs,

 6   vs.

 7   CITY OF MINNEAPOLIS, a
     Minnesota municipality,
 8
                        Defendant.
 9   ------------------------------------------------------------

10

11         The VIDEOTAPED DEPOSITION of LISA R. GOODMAN,

12    taken pursuant to Notice of Taking Deposition, at

13    150 South Fifth Street, Suite 3100, Minneapolis,

14    Minnesota, before Gail M. Hinrichs, Registered

15    Professional Reporter and Notary Public, taken on the

16    27th day of August, 2024, commencing at approximately

17    10:06 a.m.

18

19

20

21

22

23

24

25
```

```
 1                        A P P E A R A N C E S

 2    APPEARING FOR THE PLAINTIFFS:

 3            B. TYLER BROOKS, ESQUIRE
              NATHAN LOYD, ESQUIRE
 4            THOMAS MORE SOCIETY
              309 West Washington Street
 5            Suite 1250
              Chicago, Illinois 60606
 6
              email: tbrooks@thomasmoresociety.org
 7                   nloyd@thomasmoresociety.org

 8


 9    APPEARING FOR THE DEFENDANT:

10            TRACEY FUSSY, ESQUIRE
              SARA LATHROP, ESQUIRE
11            MUNAZZA HUMAYUN, ESQUIRE
              CITY OF MINNEAPOLIS ATTORNEY'S OFFICE
12            105 Fifth Avenue South
              Suite 200
13            Minneapolis, Minnesota 55401

14            email: Tracey.Fussy@minneapolismn.gov
                     Sara.Lathrop@minneapolismn.gov
15                   Munazza.Humayun@minneapolismn.gov

16

17    ALSO PRESENT: Brian Gibson and Debra Braun, Plaintiffs
                    Adam Wallin, Video Operator
18

19

20

21         *The Original is in the possession of

22     Attorney B. Tyler Brooks.*

23

24                            * * *

25
```

```
 1                VIDEO OPERATOR:  We are on the
 2    record.  This is the video recorded deposition of
 3    Lisa R. Goodman, taken on August 27, 2024.  The time
 4    now is 10:06 a.m.  This deposition is being taken in
 5    the matter of Pro-Life Action Ministries, Lucy
 6    Maloney, Thomas Wilkin and Debra Braun versus the
 7    City of Minneapolis, United States District Court,
 8    District of Minnesota, case number 23-CV-00853,
 9    ECT/DJF.
10                This deposition is taking place in
11    Minneapolis, Minnesota.  My name is Adam Wallin.
12    I'm the videographer representing Kirby Kennedy and
13    Associates.
14                Will counsel please identify themselves
15    for the record.
16                MR. BROOKS:  Yes.  This is Tyler
17    Brooks, counsel for the plaintiffs.
18                MR. LOYD:  This is Nathan Loyd,
19    counsel for the plaintiffs.
20                MS. LATHROP:  My name is Sara
21    Lathrop, I'm an assistant city attorney, I'm an
22    attorney for the defendant.
23                MS. FUSSY:  Tracey Fussy for the
24    defendant.
25                MS. HUMAYUN:  Munazza Humayun for
```

```
 1    the defendant.
 2                 VIDEO OPERATOR:  Will the court
 3    reporter please swear in the witness.
 4                      LISA R. GOODMAN,
 5      after having been duly sworn, was examined and
 6                 testified on her oath as follows:
 7
 8                         EXAMINATION
 9    BY MR. BROOKS:
10         Q    Well, good morning, Ms. Goodman.  I'll
11    ask the first question, would you like me to refer
12    to you as Ms. Goodman or Council Member Goodman?
13    Which do you prefer?  I'll do whichever.
14         A    Ms. Goodman is good.  You can refer to me
15    as Lisa as well if you like.
16         Q    Oh, I don't want to do that, but if I do
17    refer to you as Council Member Goodman --
18         A    It's okay.  I respond to that also.
19         Q    Okay.  If I do that, I'm not trying to
20    imply that you are currently a member of the city
21    council.  I'm just --
22         A    It's an honorary term.  I think it might
23    be okay.
24         Q    Okay.  Quickly, have you ever been
25    deposed before?
```

1   chiefs.  So I don't even remember who it even was,
2   more or less who I would or would not have reached
3   out to.
4        Q   Okay.  And then there's this email, the
5   last one, is Timothy Stanley to you, October 26, the
6   same day, just a little later in the afternoon.  It
7   says:  Lisa, I hate to say this, but this is the
8   bureaucratic/protect my fiefdom b.s. that has always
9   prevented us from moving an ordinance in either city
10  hall.  I'm going to stop there.
11           Does either city hall, is that a term of
12  art in the Twin Cities to mean Minneapolis and Saint
13  Paul?
14              MS. HUMAYUN:  Objection to the
15  extent it calls for speculation.
16              THE WITNESS:  I don't know.  That's
17  a good analysis, but I don't know.
18  BY MR. BROOKS:
19       Q   Okay.  I just didn't know if, since I am
20  not from here, if that's a way to refer to the Twin
21  Cities.
22           So you don't know what he means then by
23  "either city hall"?
24       A   I don't.
25       Q   Okay.  He says:  I tire of the big talk.

1   As I told you earlier, we've needed to do this for
2   years, even though all we're doing is reiterating
3   the FACE Act and asking permission to paint the
4   sidewalk, but our bandwidth is stretched and we need
5   to maximize impact.  Keep the pressure on and let me
6   know how I can help.
7              Going to the FACE Act, do you recall
8   looking at a document earlier that I said was the
9   FACE Act?
10       A    The Freedom of Access to Clinic Act?
11       Q    Yes.
12       A    Did you show me a copy of that before?
13       Q    I did.
14       A    Okay.  And what was the question?
15       Q    I was asking if you recall that I did
16  that.
17       A    Apparently not.
18       Q    Okay.  That doesn't matter and I'll
19  rephrase the question.
20       A    Sorry.
21       Q    When he referred to the FACE Act here,
22  did you know what he was referring to?
23       A    I don't think so, but I'm not sure.  I
24  might have at the time, but I don't recall now.
25       Q    Okay.  So you wouldn't know whether the

```
1        ordinance as it was crafted on October 26 was simply
2        reiterating the FACE Act or not?
3              A    No.
4              Q    Okay.  I'm going to -- this one should be
5        simple --
6              A    Is this one done?
7              Q    Yes, ma'am.  Hopefully this will be
8        simple, MPLS 001290.
9                   (Whereupon Exhibit 18 was marked for
10                  identification.)
11       BY MR. BROOKS:
12             Q    Does this look familiar to you?
13             A    Yes and no.  I mean I've seen lots of
14       presentations and that kind of thing, and that's
15       what this is.
16             Q    Okay.  If you recall, and I don't want
17       you to speculate, if you recall, was this
18       presentation made at the city council meeting where
19       the ordinance was voted on?
20             A    I'm going to say probably because there's
21       always a staff presentation before a public hearing.
22       So this is likely what that was.  I believe the
23       public hearing was on November 9.  Am I wrong about
24       that?
25             Q    I think that's correct.
```