# EXHIBIT F

```
 1                UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
 2
     ----------------------------------------------------
 3   PRO-LIFE ACTION MINISTRIES,        Case No. 23-CV-00853
     LUCY MALONEY, THOMAS WILKIN,                 (ECT/DJF)
 4   and DEBRA BRAUN,

 5                     Plaintiffs,

 6   vs.                               CONFIDENTIAL

 7   CITY OF MINNEAPOLIS, a
     Minnesota municipality,
 8
                       Defendant.
 9   ----------------------------------------------------

10

11         The VIDEOTAPED DEPOSITION of TIMOTHY D.

12    STANLEY, taken pursuant to Notice of Taking Deposition,

13    at 150 South Fifth Street, Suite 3100, Minneapolis,

14    Minnesota, before Gail M. Hinrichs, Registered

15    Professional Reporter and Notary Public, taken on the

16    16th day of September, 2024, commencing at

17    approximately 10:09 a.m.

18

19

20

21

22

23

24

25
```

```
 1                    A P P E A R A N C E S

 2   APPEARING FOR THE PLAINTIFFS:

 3           B. TYLER BROOKS, ESQUIRE
             PETER BREEN, ESQUIRE
 4           THOMAS MORE SOCIETY
             309 West Washington Street
 5           Suite 1250
             Chicago, Illinois 60606
 6
             email: tbrooks@thomasmoresociety.org
 7                  pbreen@thomasmoresociety.org

 8   APPEARING FOR THE DEFENDANT:

 9           TRACEY FUSSY, ESQUIRE
             SARA LATHROP, ESQUIRE
10           MUNAZZA HUMAYUN, ESQUIRE (Via Teams)
             CITY OF MINNEAPOLIS ATTORNEY'S OFFICE
11           105 Fifth Avenue South
             Suite 200
12           Minneapolis, Minnesota 55401

13           email: Tracey.Fussy@minneapolismn.gov
                    Sara.Lathrop@minneapolismn.gov
14                  Munazza.Humayun@minneapolismn.gov

15
     APPEARING FOR PLANNED PARENTHOOD AND TIMOTHY STANLEY:
16
             PETER HENNIGAN, ESQUIRE
17           MASLON LLP
             225 South Sixth Street
18           Suite 2900
             Minneapolis, Minnesota 55402
19
             email: Peter.Hennigan@maslon.com
20
     ALSO PRESENT:  Adam Wallin, Video Operator;
21                  Tiernee Murphy, Planned Parenthood

22

23        *The Original is in the possession of Attorney
     B. Tyler Brooks.*
24

25                           * * *
```

1                    VIDEO OPERATOR:  We are on record.
2     This is the video recorded deposition of Timothy D.
3     Stanley, taken on September 16, 2024.  The time now
4     is 10:09 a.m.
5                    This deposition is being taken in the
6     matter of Pro-Life Action Ministries, Lucy Maloney,
7     Thomas Wilken, and Debra Braun versus the City of
8     Minneapolis, in the United States District Court,
9     District of Minnesota, case number 23-CV-00853,
10    ECT/DJF.
11                   This deposition is taking place in
12    Minneapolis, Minnesota.  My name is Adam Wallin, the
13    videographer representing Kirby Kennedy and
14    Associates.
15                   Will counsel please identify themselves
16    for the record.
17                   MR. BROOKS:  Tyler Brooks of the
18    Thomas More Society here with Peter Breen, also with
19    the Thomas More Society, for the plaintiffs.
20                   MR. HENNIGAN:  Oh.  Peter Hennigan,
21    with the law firm of Masselon LLP, representing Tim
22    Stanley at this deposition, and with me today is
23    Tiernee Murphy, in-house counsel at Planned
24    Parenthood.
25                   MS. FUSSY:  Tracey Fussy on behalf

```
 1   and asking permission to paint the sidewalk, but our
 2   bandwidth is stretched and we need to maximize
 3   impact.  Keep pressure on and let me know how I can
 4   help.
 5             Did I read that correctly?
 6        A    You did.
 7        Q    And that's an email that you sent to
 8   Council Member Goodman?
 9        A    Correct.
10        Q    Let me ask you this:  What do you mean at
11   either city hall?
12        A    Meaning either Minneapolis or Saint Paul
13   is what I believe I meant by that statement.
14        Q    And when you say big talk, what types of
15   big talk were you referring to?
16        A    I would say years of discussion about
17   how -- how elected officials can help Planned
18   Parenthood.
19        Q    And this Chapter 405 was a way to help
20   Planned Parenthood?
21        A    I would say that Chapter 405 is -- is one
22   way that Planned Parenthood can be -- can be
23   assisted by -- by the city, any city or -- or
24   municipality.
25        Q    And then you offer this statement:  Even
```

```
1    though all we're doing is reiterating the FACE Act
2    and asking permission to paint the sidewalk.  We'll
3    talk about the sidewalk in a second.
4              Reiterating the FACE Act, are you
5    referring to the federal FACE Act there?
6         A    Correct, yes.
7         Q    And is that how you interpret what
8    Chapter 405 does is merely reiterates the FACE Act?
9         A    That's what I've been told that's what it
10   does.
11        Q    Okay.  Is that, in fact, what it does?
12             MR. HENNIGAN:  Objection, calls for
13   legal conclusion.
14   BY MR. BROOKS:
15        Q    You can answer.
16        A    So, again, based on what I've heard, it
17   very closely resembles the federal FACE Act.
18        Q    Who told you that it simply reiterated
19   the FACE Act?
20        A    I don't -- I don't recall.
21        Q    Who has told you that it closely
22   resembles the federal FACE Act?
23        A    I don't recall.
24        Q    And asking permission to paint the
25   sidewalk, what were you wanting to paint the
```