# EXHIBIT I

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA

-----------------------------------------------------------------
                                ) COURT FILE
Pro-Life Action Ministries;     ) NO. 23-CV-853 (ECT/DJF)
Lucy Maloney; Thomas Wilkin;    )
and Debra Braun,                )
                                )
                 Plaintiffs,    )
                                )
         vs.                    )
                                )
City of Minneapolis,            ) Courtroom 7A
                                ) Monday, October 16, 2023
                    Defendant.  ) St. Paul, Minnesota
                                ) 9:00 A.M.
-----------------------------------------------------------------
```

**HEARING ON**

**DEFENDANT'S MOTION TO DISMISS**

**BEFORE THE HONORABLE ERIC C. TOSTRUD**
**UNITED STATES DISTRICT JUDGE**

**TIMOTHY J. WILLETTE, RDR, CRR, CRC**
Official Court Reporter - United States District Court
Warren E. Burger Federal Building & U.S. Courthouse
316 North Robert Street - Suite 146
St. Paul, Minnesota  55101
651.848.1224

**A P P E A R A N C E S:**

For the Plaintiffs:    **THOMAS MORE SOCIETY**
                       By:  PETER BREEN, ESQUIRE
                       309 West Washington Street
                       Suite 1250
                       Chicago, Illinois  60606


                       **MOHRMAN, KAARDAL & ERICKSON, P.A**
                       By:  ELIZABETH A. NIELSEN, ESQUIRE
                       150 South Fifth Street - Suite 3100
                       Minneapolis, Minnesota  55402



For the Defendant:     **MINNEAPOLIS CITY ATTORNEY'S OFFICE**
                       By:  TRACEY N. FUSSY, ESQUIRE
                            MUNAZZA HUMAYUN, ESQUIRE
                       350 South Fifth Street - Room 210
                       Minneapolis, Minnesota  55415




                    *    *    *    *

```
 1           (9:00 a.m.)
 2                        P R O C E E D I N G S
 3                           IN OPEN COURT
 4           THE COURT:  Good morning, everyone.  Please be
 5   seated.
 6           This is Pro-Life Action Ministries and others
 7   versus City of Minneapolis, Civil File Number 23-853.  At
 8   this time let me invite counsel to note their appearances,
 9   starting with the plaintiffs.
10           MR. BREEN:  Thank you, Your Honor.  Peter Breen of
11   the Thomas More Society for Plaintiffs.
12           MS. NIELSEN:  Elizabeth Nielsen, local counsel,
13   Mohrman, Kaardal & Erickson.
14           THE COURT:  Good morning.
15           MS. NIELSEN:  Good morning.
16           THE COURT:  And how about for the defendant?
17           MS. FUSSY:  Assistant City Attorney Tracey Fussy,
18   Your Honor.
19           MS. HUMAYUN:  Assistant City Attorney Munazza
20   Humayun, Your Honor.
21           THE COURT:  All right.  Terrific.  Good morning.
22   Welcome to all.
23           MS. HUMAYUN:  Good morning.
24           THE COURT:  All right.  This is the first of three
25   hearings that we have this morning, and so what I'm going to
```

1           THE COURT:  Certainly.
2           MS. FUSSY:  Unless Your Honor has further
3    questions.
4           THE COURT:  I do not, not at this time.
5           MS. FUSSY:  Thank you.
6           THE COURT:  Thank you.
7           Counsel?
8           MR. BREEN:  Good morning, Your Honor.
9           THE COURT:  Let my begin by asking you the same
10   ordinance interpretation question that I asked the City.
11          Do you think that my understanding of that first
12   section of the ordinance lacks a geographic limitation?
13          MR. BREEN:  And, Your Honor, I think when you look
14   at that word "access" to, certainly if you were at home
15   trying to get to the clinic, ingress and egress might be a
16   little tighter in terms of ingress and egress, but "access"
17   to, that, at least to my ears, I start thinking about the
18   Freedom of Access to Clinic Entrances Act, the federal law,
19   that prohibits preventing access anywhere.  It's not just at
20   the clinic.  That can apply at any location.  So if they
21   were trying to harken -- I mean, when I hear that word
22   "access," it has a very particular meaning in the abortion
23   context, and at least at the federal level it is a broad
24   measure of access.
25          THE COURT:  I've been reading the statute when I