# EXHIBIT K

| Type | Date | Invoice | Merchant | Amount |
|------|------|---------|----------|--------|
| Travel | 2023-10-20 | 10.15 St Paul M | Peter C. Breen | $1,031.10 |
| Court Reporter | 2023-11-15 | 11.16.23 CK on | Timoth J Willette, RDR, CRR, CR | $195.00 |
| E Discovery | 2024-03-31 | Inv7800 | Sandline | $5,062.48 |
| E Discovery | 2024-04-30 | | Sandline | $2,437.48 |
| Filing fees | 2024-06-05 | 21048 | Mohrman, Kaardal & Erickson, P. | $100.00 |
| Travel | 2024-06-14 | Joan Mannix | Southwest Airlines | $480.95 |
| Travel | 2024-06-14 | Tyler Brooks | Expedia - Hyatt Regency | $957.40 |
| Travel | 2024-06-15 | Tyler Brooks | Delta Airlines | $1,086.95 |
| Travel | 2024-06-16 | Tyler Brooks | Delta Airlines | $35.00 |
| Travel | 2024-06-17 | Tyler Brooks | Lyft | $5.98 |
| Travel | 2024-06-17 | Tyler Brooks | Lyft | $5.00 |
| Travel | 2024-06-17 | Tyler Brooks | Lyft | $23.93 |
| Travel | 2024-06-17 | Tyler Brooks | Lyft | $13.06 |
| Travel | 2024-06-17 | Tyler Brooks | Hyatt Regency | $37.97 |
| Travel | 2024-06-17 | Tyler Brooks | Daniel Airport Taxi | $52.02 |
| Travel | 2024-06-17 | Tyler Brooks | 5th & Washington | $43.41 |
| Travel | 2024-06-19 | Tyler Brooks | Hyatt Regency | $45.65 |
| Travel | 2024-06-19 | Tyler Brooks | Hyatt Regency | $39.44 |
| Travel | 2024-06-19 | Nathan Loyd | Uber | $77.43 |
| Travel | 2024-06-19 | Nathan Loyd | Uber | $34.98 |
| Travel | 2024-06-19 | Nathan Loyd | Hilton Garden Inn | $454.19 |
| Travel | 2024-06-20 | Joan Mannix | Uber | $43.84 |
| Travel | 2024-06-20 | Joan Mannix | Uber | $8.76 |
| Travel | 2024-06-20 | Tyler Brooks | Public Parking | $160.00 |
| Travel | 2024-06-20 | Tyler Brooks | Lyft | $5.00 |
| Travel | 2024-06-20 | Tyler Brooks | Lyft | $12.70 |
| Travel | 2024-06-20 | Tyler Brooks | Lyft | $50.80 |
| Travel | 2024-06-20 | Tyler Brooks | Lyft | $9.99 |
| Travel | 2024-06-20 | Tyler Brooks | Hyatt Regency | $166.23 |
| Travel | 2024-06-20 | Nathan Loyd | Delta Airlines | $1,117.00 |
| Travel | 2024-06-21 | Joan Mannix | Uber | $36.92 |
| Travel | 2024-06-21 | Joan Mannix | Uber | $35.98 |
| Travel | 2024-06-21 | Joan Mannix | Uber | $7.38 |
| Travel | 2024-06-21 | Joan Mannix | Uber | $7.19 |
| Travel | 2024-06-21 | Joan Mannix | Hyatt Centric Downtown Minneap | $489.72 |
| Travel | 2024-06-21 | Nathan Loyd | Uber | $89.00 |
| Travel | 2024-06-30 | Tyler Brooks | Delta Airlines | $1,196.95 |
| E Discovery | 2024-06-30 | INV8688 | Sandline | $5,020.17 |
| Court Reporter | 2024-07-01 | 7530683 | Veritext Midwest | $1,575.55 |
| Travel | 2024-07-02 | Tyler Brooks | Lyft | $27.97 |
| Travel | 2024-07-02 | Tyler Brooks | Lyft | $6.99 |

| Travel | 2024-07-02 | Tyler Brooks | Hyatt Regency | $34.57 |
|--------|------------|--------------|---------------|--------|
| Travel | 2024-07-02 | Tyler Brooks | Hyatt Regency | $30.53 |
| Travel | 2024-07-02 | Tyler Brooks | Airport Taxi | $45.42 |
| Court Reporter | 2024-07-02 | 7534150 | Veritext Midwest | $1,377.20 |
| Travel | 2024-07-03 | Tyler Brooks | Lyft | $35.61 |
| Travel | 2024-07-03 | Tyler Brooks | Lyft | $11.86 |
| Travel | 2024-07-03 | Tyler Brooks | Lyft | $11.22 |
| Travel | 2024-07-03 | Tyler Brooks | Lyft | $8.90 |
| Travel | 2024-07-03 | Tyler Brooks | Lyft | $5.00 |
| Travel | 2024-07-03 | Tyler Brooks | Lyft | $5.00 |
| Travel | 2024-07-03 | Tyler Brooks | Hyatt Regency | $152.41 |
| Travel | 2024-07-04 | Tyler Brooks | Lyft | $11.13 |
| Court Reporter | 2024-07-05 | 7538038 | Veritext Midwest | $1,452.75 |
| Travel | 2024-07-09 | Tyler Brooks | | $146.26 |
| E Discovery | 2024-07-11 | INV8386 | Sandline | $4,819.47 |
| E Discovery | 2024-08-15 | INV8953 | Sandline | $4,628.18 |
| Filing fees | 2024-08-16 | 21122 | Mohrman, Kaardal & Erickson, P. | $100.00 |
| Travel | 2024-08-22 | Tyler Brooks | Delta Airlines | $1,216.96 |
| Travel | 2024-08-24 | Nathan Loyd | Delta Airlines | $1,117.00 |
| Court Reporter | 2024-08-25 | 6776061 | Veritext Midwest | $1,522.90 |
| Travel | 2024-08-25 | Nathan Loyd | Uber | $62.97 |
| Travel | 2024-08-25 | Nathan Loyd | Uber | $41.99 |
| Travel | 2024-08-26 | Tyler Brooks | Hyatt Regency | $59.29 |
| Travel | 2024-08-26 | Tyler Brooks | Hyatt Regency | $19.60 |
| Travel | 2024-08-26 | Nathan Loyd | Uber | $16.08 |
| Travel | 2024-08-26 | Nathan Loyd | Uber | $13.43 |
| Travel | 2024-08-27 | Tyler Brooks | Public Parking | $64.00 |
| Travel | 2024-08-27 | Tyler Brooks | Lyft | $33.97 |
| Travel | 2024-08-27 | Tyler Brooks | Hyatt Regency | $231.20 |
| Travel | 2024-08-27 | Tyler Brooks | Hyatt Regency | $3.50 |
| Travel | 2024-08-27 | Nathan Loyd | Uber | $42.47 |
| Travel | 2024-08-27 | Nathan Loyd | Uber | $74.90 |
| Travel | 2024-08-27 | Nathan Loyd | Hyatt Regency | $492.31 |
| Travel | 2024-09-02 | Tyler Brooks | Delta Airlines | $1,456.95 |
| Travel | 2024-09-05 | Tyler Brooks | Airport Taxi | $49.22 |
| Travel | 2024-09-05 | Nathan Loyd | Uber | $63.34 |
| Travel | 2024-09-05 | Nathan Loyd | Uber | $33.91 |
| Travel | 2024-09-06 | Tyler Brooks | Mera Corp | $19.85 |
| Travel | 2024-09-06 | Tyler Brooks | Lyft | $31.90 |
| Travel | 2024-09-06 | Tyler Brooks | Hyatt Regency | $185.19 |
| Travel | 2024-09-06 | Nathan Loyd | Delta Airlines | $1,126.96 |
| Travel | 2024-09-06 | Nathan Loyd | Hyatt Regency | $218.49 |
| Travel | 2024-09-06 | Nathan Loyd | Uber | $9.96 |

| Travel | 2024-09-06 | Nathan Loyd | Uber | $31.90 |
|---|---|---|---|---|
| Travel | 2024-09-06 | Nathan Loyd | Uber | $89.96 |
| Travel | 2024-09-07 | Tyler Brooks | Public Parking | $64.00 |
| E Discovery | 2024-09-12 | INV9323 | Sandline | $4,178.18 |
| Court Reporter | 2024-09-13 | 35679 | Kirby Kennedy Court Reporter | $1,561.80 |
| Travel | 2024-09-14 | Tyler Brooks | Delta Airlines | $1,246.95 |
| Travel | 2024-09-15 | Tyler Brooks | United taxi | $48.59 |
| Travel | 2024-09-15 | Tyler Brooks | Hyatt Regency | $37.53 |
| Travel | 2024-09-16 | Tyler Brooks | Lyft | $12.95 |
| Travel | 2024-09-16 | Tyler Brooks | Lyft | $3.00 |
| Travel | 2024-09-16 | Tyler Brooks | Hyatt Regency | $208.19 |
| Travel | 2024-09-17 | Tyler Brooks | Public Parking | $64.00 |
| Travel | 2024-09-24 | Peter C. Breen | | $1,070.82 |
| Court Reporter | 2024-10-02 | 35722 | Kirby Kennedy Court Reporter | $1,105.00 |
| Court Reporter | 2024-10-02 | 35714 | Kirby Kennedy Court Reporter | $1,393.50 |
| Court Reporter | 2024-10-04 | 35724 | Kirby Kennedy Court Reporter | $1,105.00 |
| E Discovery | 2024-10-23 | INV9644 | Sandline | $4,328.18 |
| Court Reporter | 2024-11-07 | 35771-R | Kirby Kennedy Court Reporter | $1,582.60 |
| E Discovery | 2024-11-11 | INV9994 | Sandline | $4,186.18 |
| Court Reporter | 2025-01-14 | 35880 | Kirby Kennedy Court Reporter | $1,100.00 |

# Sandline

## Invoice

105 North Virginia Ave
Suite 302
Falls Church VA 22046
United States
AR@sandlineglobal.com

| | |
|---|---|
| **Date** | 3/31/2024 |
| **Invoice #** | INV7800 |
| **Invoice Total** | $5,062.48 |
| **Terms** | Net 30 |
| **Due Date** | 4/30/2024 |
| **Client Matter** | |
| **Sandline Matter ID** | 40612 |
| **Project** | PLAM V. Minneapolis |

**Bill To**
Thomas More Society
309 West Washington Street
Suite 1250
Chicago IL 60606
United States

| Service Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/8/2024 | Chandoriker \| Send email to N. Loyd to release Prod 01 Volume | 0.25 | $200.00 | $50.00 |
| 3/20/2024 | Vire \| Confer with N. Loyd re processing specs for exported PST data | 0.25 | $200.00 | $50.00 |
| 3/7/2024 | Vire \| Attend kickoff call with N. Loyd to discuss scope of project and discuss upcoming deadlines and database setup | 0.5 | $200.00 | $100.00 |
| 3/13/2024 | Vire \| Call to discuss how dedupe works in Everlaw with N. Loyd | 0.25 | $200.00 | $50.00 |
| 3/20/2024 | Vire \| Call with J. Henderson and Forensics to discuss export of email for upload to Sandline FTP | 0.5 | $200.00 | $100.00 |
| 3/8/2024 | Vire \| Perform assessment of metadata received for production volume Prod01; perform loading of Prod01 production volumes into ECA project and promote to Review project in Everlaw; perform QC of loaded production volumes and create search card and binder | 1 | $200.00 | $200.00 |
| 3/31/2024 | Everlaw eDiscovery technology and services - ECA | 26 | $8.00 | $208.00 |
| 3/31/2024 | Everlaw eDiscovery technology and services - Active Review | 106 | $20.00 | $2,120.00 |
| 3/7/2024 | Hunt \| Attend kickoff call with N. Loyd to discuss scope of project and discuss upcoming deadlines and database setup | 0.5 | $300.00 | $150.00 |
| 3/7/2024 | Viall \| Attend kickoff call with N. Loyd to discuss scope of project and discuss upcoming deadlines and database setup | 0.5 | $300.00 | $150.00 |
| 3/12/2024 | Hunt \| Correspond with case team; reach out to J. Henderson re: on-prem Exchange collection efforts | 0.5 | $300.00 | $150.00 |
| 3/15/2024 | Viall \| Communication with counsel and client IT | 0.5 | $300.00 | $150.00 |
| 3/15/2024 | Fried \| Attend conference call with IT contact (A Couple of Gurus) to discuss MS Exchange 2019 mailbox exports | 0.25 | $300.00 | $75.00 |
| 3/20/2024 | Hunt \| Attend meeting with J. Henderson to verify export procedures utilized; assist with documentation | 0.5 | $300.00 | $150.00 |
| 3/20/2024 | Viall \| Met with J. Henderson to document email collection process; download and QC collected emails | 1.5 | $300.00 | $450.00 |
| 3/7/2024 | Exposito \| Create FTP User Account: provide credentials | 0.5 | $200.00 | $100.00 |
| 3/8/2024 | Chandoriker\| Set up new Everlaw ECA and Review workspace; set up new user accounts | 0.75 | $200.00 | $150.00 |

All amounts are in USD ($)
Remit To: Sandline Discovery LLC | 105 North Virginia Ave, Suite 302 Falls Church, VA 22046
Bank Info: PNC Bank | 402 W Broad St, Falls Church, VA 22046
ACH: Routing#: 054000030 | Account#: 5342107054
Wire: Routing#: 043000096 | Account#: 5342107054 | SWIFT code: PNCCUS33

1 of 2

# Sandline

## Invoice

105 North Virginia Ave
Suite 302
Falls Church VA 22046
United States
AR@sandlineglobal.com

| | |
|---|---|
| **Date** | 3/31/2024 |
| **Invoice #** | INV7800 |
| **Invoice Total** | $5,062.48 |
| **Terms** | Net 30 |
| **Due Date** | 4/30/2024 |
| **Client Matter** | |
| **Sandline Matter ID** | 40612 |
| **Project** | PLAM V. Minneapolis |

| Service Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/15/2024 | Exposito \| Create FTP User Account; provide credentials to new user | 0.5 | $200.00 | $100.00 |
| 3/18/2024 | Exposito \| Create FTP User Account and provide credentials | 0.5 | $200.00 | $100.00 |
| 3/20/2024 | Vire \| Coordinate uploaded data to be ingested into ECA project | 0.5 | $200.00 | $100.00 |
| 3/21/2024 | Vire \| Perform QC of ingested data and release to N. Floyed | 0.5 | $200.00 | $100.00 |
| 3/26/2024 | Vire \| Prepare data for ingestion into Everlaw as per N. Loyd | 0.5 | $200.00 | $100.00 |
| 3/27/2024 | Exposito \| Perform QC of posted data and perform creation of binder for release to N. Loyd | 0.25 | $200.00 | $50.00 |
| 3/31/2024 | Network Storage \| Case related materials stored on Sandline's Secure Network | 109.48 | $1.00 | $109.48 |

| | |
|---|---|
| **Total** | $5,062.48 |
| **Remaining Total Due** | $5,062.48 |

All amounts are in USD ($)
Remit To: Sandline Discovery LLC | 105 North Virginia Ave, Suite 302 Falls Church, VA 22046
Bank Info: PNC Bank | 402 W Broad St, Falls Church, VA 22046
ACH: Routing#: 054000030 | Account#: 5342107054
Wire: Routing#: 043000096 | Account#: 5342107054 | SWIFT code: PNCCUS33

2 of 2

# Sandline

# Invoice

105 North Virginia Ave
Suite 302
Falls Church VA 22046
United States
AR@sandlineglobal.com

| | |
|---|---|
| **Date** | 4/30/2024 |
| **Invoice #** | INV8071 |
| **Invoice Total** | $2,437.48 |
| **Terms** | Net 30 |
| **Due Date** | 5/30/2024 |
| **Client Matter** | |
| **Sandline Matter ID** | 40612 |
| **Project** | PLAM V. Minneapolis |

**Bill To**
Thomas More Society
309 West Washington Street
Suite 1250
Chicago IL 60606
United States

| Service Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4/30/2024 | Everlaw eDiscovery technology and services - ECA | 26 | $8.00 | $208.00 |
| 4/30/2024 | Everlaw eDiscovery technology and services - Active Review | 106 | $20.00 | $2,120.00 |
| 4/30/2024 | Network Storage \| Case related materials stored on Sandline's Secure Network | 109.48 | $1.00 | $109.48 |

| | |
|---|---|
| **Total** | $2,437.48 |
| **Remaining Total Due** | $2,437.48 |

All amounts are in USD ($)
Remit To: Sandline Discovery LLC | 105 North Virginia Ave, Suite 302 Falls Church, VA 22046
Bank Info: PNC Bank | 402 W Broad St, Falls Church, VA 22046
ACH: Routing#: 054000030 | Account#: 5342107054
Wire: Routing#: 043000096 | Account#: 5342107054 | SWIFT code: PNCCUS33

1 of 1

# Sandline

# Invoice

Sandline Discovery LLC
105 North Virginia Ave
Suite 302
Falls Church VA 22046
United States
AR@sandlineglobal.com

| | |
|---|---|
| **Date** | 5/31/2024 |
| **Invoice #** | INV8386 |
| **Terms** | Net 30 |
| **Due Date** | 6/30/2024 |
| **Client Matter** | |
| **Sandline Matter ID** | 40612 |
| **Project** | PLAM V. Minneapolis |

**Bill To**
Thomas More Society
309 West Washington Street
Suite 1250
Chicago IL 60606
United States

| | |
|---|---|
| **Total** | $4,819.47 |
| **Remaining Total Due** | $4,819.47 |

| Service Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 5/2/2024 | Carvajal \| Prepare PLAM production volume 3 for N. Loyd per request; isolate documents using search history; release production to client | 1.25 | $200.00 | $250.00 |
| 5/20/2024 | Carvajal \| Correspond with N. Lloyd regarding PLAM document production | 0.5 | $200.00 | $100.00 |
| 5/20/2024 | Carvajal \| Prepare PLAM video production set for N. Loyd per request and release to client; confer with N. Loyd regarding video accessibility | 1.5 | $200.00 | $300.00 |
| 5/29/2024 | Carvajal \| Correspond with T. Brooks regarding video playback error in Everlaw; provide workaround and issue response plan | 0.5 | $200.00 | $100.00 |
| 5/31/2024 | Everlaw eDiscovery technology and services - ECA | 25 | $8.00 | $200.00 |
| 5/31/2024 | Everlaw eDiscovery technology and services - Active Review | 188 | $20.00 | $3,760.00 |
| 5/31/2024 | Network Storage \| Case related materials stored on Sandline's Secure Network | 109.47 | $1.00 | $109.47 |

All amounts are in USD ($)
Remit To: Sandline Discovery LLC | PO Box 640021, Pittsburgh, PA 15264-0021
Bank Info: PNC Bank | 402 W Broad St, Falls Church, VA 22046
ACH: Routing#: 021052053| Account#: 24072543
Wire: Contact: AR@sandlineglobal.com

1 of 1

# Sandline

# Invoice

Sandline Discovery LLC
105 North Virginia Ave
Suite 302
Falls Church VA 22046
United States
AR@sandlineglobal.com

| | |
|---|---|
| **Date** | 6/30/2024 |
| **Invoice #** | INV8688 |
| **Terms** | Net 30 |
| **Due Date** | 7/30/2024 |
| **Client Matter** | |
| **Sandline Matter ID** | 40612 |
| **Project** | PLAM V. Minneapolis |

**Bill To**
Thomas More Society
309 West Washington Street
Suite 1250
Chicago IL 60606
United States

| | |
|---|---|
| **Total** | $5,020.17 |
| **Remaining Total Due** | $5,020.17 |

| Service Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 6/4/2024 | Carvajal | Correspond with T. Brooks regarding reprocessing of video files and successful video playback in Everlaw | 0.25 | $200.00 | $50.00 |
| 6/5/2024 | Carvajal | Correspond with N. Loyd regarding production bates overlay; review split load files and error reports | 0.75 | $200.00 | $150.00 |
| 6/6/2024 | Vire | Correspond with N. Loyd to get all productions uploaded to File Transfer for Sandline to help get them loaded | 0.5 | $200.00 | $100.00 |
| 6/6/2024 | Carvajal | Perform overlay with production sets 02-05 per N. Loyd; QC overlay, ingestion of new doc images, metadata, and review work; email to client on same | 1.5 | $200.00 | $300.00 |
| 6/6/2024 | Vire | Perform assessment of production import issues and assist with workflow to get all productions overlaid and imported as per N. Loyd | 1 | $200.00 | $200.00 |
| 6/13/2024 | Carvajal | Forward all PLAM production download links and passwords to N. Loyd per request | 0.5 | $200.00 | $100.00 |
| 6/14/2024 | Vire | Correspond with T. Brooks to assist with navigation and reviewing videos in Everlaw | 0.25 | $200.00 | $50.00 |
| 6/30/2024 | Everlaw eDiscovery technology and services - ECA | 25 | $8.00 | $200.00 |
| 6/30/2024 | Everlaw eDiscovery technology and services - Active Review | 188 | $20.00 | $3,760.00 |
| 6/30/2024 | Network Storage | Case related materials stored on Sandline's Secure Network | 110.17 | $1.00 | $110.17 |

All amounts are in USD ($)
Remit To: Sandline Discovery LLC | PO Box 640021, Pittsburgh, PA 15264-0021
Bank Info: PNC Bank | 402 W Broad St, Falls Church, VA 22046
ACH: Routing#: 021052053| Account#: 24072543
Wire: Contact: AR@sandlineglobal.com

1 of 1

# Sandline

# Invoice

Sandline Discovery LLC
105 North Virginia Ave
Suite 302
Falls Church VA 22046
United States
AR@sandlineglobal.com

| | |
|---|---|
| **Date** | 7/31/2024 |
| **Invoice #** | INV8953 |
| **Terms** | Net 30 |
| **Due Date** | 8/30/2024 |
| **Client Matter** | |
| **Sandline Matter ID** | 40612 |
| **Project** | PLAM V. Minneapolis |

**Bill To**
Thomas More Society
309 West Washington Street
Suite 1250
Chicago IL 60606
United States

| | |
|---|---|
| **Total** | $4,628.18 |
| **Remaining Total Due** | $4,628.18 |

| Service Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 7/1/2024 | Carvajal \| Review and troubleshoot video playback in Everlaw per T. Brooks; preserve original upload set and reupload with updated pathing; send email confirming successful video playback | 2 | $200.00 | $400.00 |
| 7/4/2024 | Carvajal \| Create FTP account for B. Gibson; send login instructions | 0.25 | $200.00 | $50.00 |
| 7/31/2024 | Everlaw eDiscovery technology and services - ECA | 26 | $8.00 | $208.00 |
| 7/31/2024 | Everlaw eDiscovery technology and services - Active Review | 193 | $20.00 | $3,860.00 |
| 7/31/2024 | Network Storage \| Case related materials stored on Sandline's Secure Network | 110.18 | $1.00 | $110.18 |

All amounts are in USD ($)
Remit To: Sandline Discovery LLC | PO Box 640021, Pittsburgh, PA 15264-0021
Bank Info: PNC Bank | 402 W Broad St, Falls Church, VA 22046
ACH: Routing#: 021052053| Account#: 24072543
Wire: Contact: AR@sandlineglobal.com

1 of 1

# Sandline

## Invoice

 Sandline Discovery LLC
105 North Virginia Ave
Suite 302
Falls Church VA 22046
United States
AR@sandlineglobal.com

| | |
|---|---|
| **Date** | 8/31/2024 |
| **Invoice #** | INV9323 |
| **Terms** | Net 30 |
| **Due Date** | 9/30/2024 |
| **Client Matter** | |
| **Sandline Matter ID** | 40612 |
| **Project** | PLAM V. Minneapolis |

**Bill To**
Thomas More Society
309 West Washington Street
Suite 1250
Chicago IL 60606
United States

| | |
|---|---|
| **Total** | $4,178.18 |
| **Remaining Total Due** | $4,178.18 |

| Service Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 8/31/2024 | Everlaw eDiscovery technology and services - ECA | 26 | $8.00 | $208.00 |
| 8/31/2024 | Everlaw eDiscovery technology and services - Active Review | 193 | $20.00 | $3,860.00 |
| 8/31/2024 | Network Storage | Case related materials stored on Sandline's Secure Network | 110.18 | $1.00 | $110.18 |

All amounts are in USD ($)
Remit To: Sandline Discovery LLC | PO Box 640021, Pittsburgh, PA 15264-0021
Bank Info: PNC Bank | 402 W Broad St, Falls Church, VA 22046
ACH: Routing#: 021052053| Account#: 24072543
Wire: Contact: AR@sandlineglobal.com

1 of 1

# Sandline

# Invoice

Sandline Discovery LLC
105 North Virginia Ave
Suite 302
Falls Church VA 22046
United States
AR@sandlineglobal.com

| | |
|---|---|
| **Date** | 9/30/2024 |
| **Invoice #** | INV9644 |
| **Terms** | Net 30 |
| **Due Date** | 10/30/2024 |
| **Client Matter** | |
| **Sandline Matter ID** | 40612 |
| **Project** | PLAM V. Minneapolis |

**Bill To**
Thomas More Society
309 West Washington Street
Suite 1250
Chicago IL 60606
United States

| | |
|---|---|
| **Total** | $4,328.18 |
| **Remaining Total Due** | $4,328.18 |

| Service Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 9/9/2024 | Carvajal | Send Everlaw project invite and user resources to A. Knapp per N. Loyd | 0.25 | $200.00 | $50.00 |
| 9/16/2024 | Carvajal | Correspond with N. Loyd regarding P. Breen project access and download permissions; send project invite to P. Breen and confirm download and export capability | 0.5 | $200.00 | $100.00 |
| 9/30/2024 | Everlaw eDiscovery technology and services - ECA | 26 | $8.00 | $208.00 |
| 9/30/2024 | Everlaw eDiscovery technology and services - Active Review | 193 | $20.00 | $3,860.00 |
| 9/30/2024 | Network Storage | Case related materials stored on Sandline's Secure Network | 110.18 | $1.00 | $110.18 |

All amounts are in USD ($)
Remit To: Sandline Discovery LLC | PO Box 640021, Pittsburgh, PA 15264-0021
Bank Info: PNC Bank | 402 W Broad St, Falls Church, VA 22046
ACH: Routing#: 021052053| Account#: 24072543
Wire: Contact: AR@sandlineglobal.com

1 of 1

# Sandline

# Invoice

Sandline Discovery LLC
105 North Virginia Ave
Suite 302
Falls Church VA 22046
United States
AR@sandlineglobal.com

| | |
|---|---|
| **Date** | 10/31/2024 |
| **Invoice #** | INV9994 |
| **Terms** | Net 30 |
| **Due Date** | 11/30/2024 |
| **Client Matter** | |
| **Sandline Matter ID** | 40612 |
| **Project** | PLAM V. Minneapolis |

**Bill To**
Thomas More Society
309 West Washington Street
Suite 1250
Chicago IL 60606
United States

| | |
|---|---|
| **Total** | $4,186.18 |
| **Remaining Total Due** | $4,186.18 |

| Service Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 10/31/2024 | Everlaw eDiscovery technology and services - ECA | 27 | $8.00 | $216.00 |
| 10/31/2024 | Everlaw eDiscovery technology and services - Active Review | 193 | $20.00 | $3,860.00 |
| 10/31/2024 | Network Storage | Case related materials stored on Sandline's Secure Network | 110.18 | $1.00 | $110.18 |

All amounts are in USD ($)
Remit To: Sandline Discovery LLC | PO Box 640021, Pittsburgh, PA 15264-0021
Bank Info: PNC Bank | 402 W Broad St, Falls Church, VA 22046
ACH: Routing#: 021052053| Account#: 24072543
Wire: Contact: AR@sandlineglobal.com

1 of 1

| AO 44<br>(Rev. 3/18) | **UNITED STATES DISTRICT COURT**<br>For the District of Minnesota |
|---|---|

# UNITED STATES DISTRICT COURT
### For the District of Minnesota

| | | | INVOICE NUMBER |
|---|---|---|---|
| | | | TW 2770 |

| TO: | Peter Breen, Esquire<br>THOMAS MORE SOCIETY<br>309 West Washington Street - Suite 1250<br>Chicago, Illinois  60606 | MAKE CHECK PAYABLE TO:<br>Timothy J. Willette, RDR, CRR, CRC<br>Official Court Reporter - U.S.D.C.<br>316 North Robert Street - Suite 146<br>St. Paul, Minnesota  55101 |
|---|---|---|

**PHONE:** (651) 848-1224

# TRANSCRIPTS

| ☐ CRIMINAL    ☑ CIVIL | DATE ORDERED<br>October 16, 2023 | DATE DELIVERED<br>November 16, 2023 |
|---|---|---|

**CIVIL FILE NO.  23-CV-853 (ECT/DJF), Pro-Life Action Ministries, et al.   vs.   City of Minneapolis**

# CHARGES

| Category | ORIGINAL | | | 1st COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pages | Price | Sub Total | Pages | Price | Sub Total | Pages | Price | Sub Total | | |
| Ordinary | 39 | $4.00 | $156.00 | 39 | $1.00 | $39.00 | | $0.70 | $0.00 | $ | 195.00 |
| 14-Day | | $4.70 | $0.00 | | $1.00 | $0.00 | | $0.70 | $0.00 | $ | - |
| 7-Day | | $5.35 | $0.00 | | $1.00 | $0.00 | | $0.70 | $0.00 | $ | - |
| 3-Day | | $6.00 | $0.00 | | $1.20 | $0.00 | | $0.85 | $0.00 | $ | - |
| Daily | | $6.70 | $0.00 | | $1.35 | $0.00 | | $1.00 | $0.00 | $ | - |
| Hourly | | $8.00 | $0.00 | | $1.35 | $0.00 | | $1.00 | $0.00 | $ | - |
| Realtime | | $3.40 | $0.00 | | | $0.00 | | | $0.00 | $ | - |

| For proceedings on: | 10/16/2023 | TOTAL | $   195.00 |
|---|---|---|---|

| Transcript of Hearing on Dft's Motion to Dismiss,<br>heard before the Honorable Eric C. Tostrud, U.S.D.J. | Less Discount Rate for Late Delivery | |
|---|---|---|
| | Less Amount of Deposit | |
| | Total Refunded | |
| | Total Due | $   195.00 |

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for a 7-day transcript is not completed and delivered within seven calendar days, payment would be at the 14-day delivery rate.

# CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF JUDICIAL COURT REPORTER<br>/s/  Timothy J. Willette | DATE<br>November 16, 2023 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed.)

# Veritext, LLC - Midwest Region

Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Tyler Brooks | | |
|---|---|---|---|
| | Thomas More Society | **Invoice #:** | **7530683** |
| | 309 W. Washington Street, Suite 1250 | **Invoice Date:** | **7/1/2024** |
| | Chicago, IL, 60606 | **Balance Due:** | **$1,575.55** |

| Case: Pro-Life Action Ministries, Et Al. v. City Of Minneapolis, Et Al. (3CV853) | Proceeding Type: Depositions |
|---|---|

Job #: 6751914    |    Job Date: 6/17/2024    |    Delivery: Normal

| Location: | Minneapolis, MN |
|---|---|
| Billing Atty: | Tyler Brooks |
| Scheduling Atty: | Munazza Humayun | Minneapolis City Attorney Office |

| Witness: Lucy Maloney | Amount |
|---|---|
| Transcript Services | $890.50 |
| Rough Draft | $506.90 |
| Exhibits | $7.15 |
| Logistics, Processing & Electronic Files | $72.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,575.55** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,575.55** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #:  7530683** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  7/1/2024** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | **Balance Due:  $1,575.55** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

15507

# Veritext, LLC - Midwest Region

Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Tyler Brooks |  |  |
|---|---|---|---|
|  | Thomas More Society | **Invoice #:** | **7534150** |
|  | 309 W. Washington Street, Suite 1250 | **Invoice Date:** | **7/2/2024** |
|  | Chicago, IL, 60606 | **Balance Due:** | **$1,377.20** |

| Case: Pro-Life Action Ministries, Et Al. v. City Of Minneapolis, Et Al. (23CV853) | Proceeding Type: Depositions |
|---|---|

Job #: 6751953    |    Job Date: 6/20/2024    |    Delivery: Normal

| Location: | Minneapolis, MN |
|---|---|
| Billing Atty: | Tyler Brooks |
| Scheduling Atty: | Munazza Humayun | Minneapolis City Attorney Office |

| Witness: Debra Braun | Amount |
|---|---|
| Transcript Services | $763.75 |
| Rough Draft | $434.75 |
| Exhibits | $7.70 |
| Logistics, Processing & Electronic Files | $72.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

| Notes: | **Invoice Total:** | **$1,377.20** |
|---|---|---|
|  | **Payment:** | **$0.00** |
|  | **Credit:** | **$0.00** |
|  | **Interest:** | **$0.00** |
|  | **Balance Due:** | **$1,377.20** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 7534150**

**Invoice Date: 7/2/2024**

**Balance Due: $1,377.20**

# Veritext, LLC - Midwest Region

Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Joan Mannix | Invoice #: | **7538038** |
|---|---|---|---|
| | Thomas More Society | Invoice Date: | **7/5/2024** |
| | 309 W. Washington Street, Suite 1250 | Balance Due: | **$1,452.75** |
| | Chicago, IL, 60606 | | |

| Case: Pro-Life Action Ministries, Et Al. v. City Of Minneapolis (23CV853 (ECTDJF)) | Proceeding Type: Depositions |
|---|---|

Job #: 6752039    |    Job Date: 6/21/2024    |    Delivery: Normal

| | |
|---|---|
| Location: | Minneapolis, MN |
| Billing Atty: | Joan Mannix |
| Scheduling Atty: | Munazza Humayun | Minneapolis City Attorney Office |

| Witness: Thomas Wilkin | Amount |
|---|---|
| Transcript Services | $815.75 |
| Rough Draft | $464.35 |
| Exhibits | $1.65 |
| Logistics, Processing & Electronic Files | $72.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

| Notes: | Invoice Total: | **$1,452.75** |
|---|---|---|
| | Payment: | **$0.00** |
| | Credit: | **$0.00** |
| | Interest: | **$0.00** |
| | Balance Due: | **$1,452.75** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #:  7538038** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  7/5/2024** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | **Balance Due:  $1,452.75** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

15507

# Veritext, LLC - Midwest Region

Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Tyler Brooks | | |
|---|---|---|---|
| | Thomas More Society | **Invoice #:** | **7569834** |
| | 309 W. Washington Street, Suite 1250 | **Invoice Date:** | **7/25/2024** |
| | Chicago, IL, 60606 | **Balance Due:** | **$1,522.90** |

| Case: Pro-Life Action Ministries, Et Al. v. City Of Minneapolis (23CV853 (ECTDJF)) | Proceeding Type: Depositions |
|---|---|

Job #: 6776061    |    Job Date: 7/3/2024  |  Delivery: Normal

Location:          Minneapolis, MN

Billing Atty:      Tyler Brooks

Scheduling Atty:   Munazza Humayun | Minneapolis City Attorney Office

| Witness: Brian Gibson | Amount |
|---|---|
| Transcript Services | $858.00 |
| Rough Draft | $488.40 |
| Exhibits | $5.50 |
| Logistics, Processing & Electronic Files | $72.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

| Notes: | Invoice Total: | $1,522.90 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,522.90 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #:** 7569834 |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:** 7/25/2024 |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | **Balance Due:** $1,522.90 |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

B420240810

15507



## KIRBY KENNEDY
### Court Reporters
Quality Court Reporting & Legal Videography

www.kirbykennedy.com

Remit to:

P.O. Box 1446
Maple Grove, Minnesota 55311
kirbykennedy@kkreporters.com
952-922-1955
Federal Tax ID: 46-4423306

**B. Tyler Brooks, Esquire**
**THOMAS MORE SOCIETY**
**309 West Washington Street**
**Suite 1250**
**Chicago, Illinois 60606**

| Date | Invoice # | Rep |
|------|-----------|-----|
| 9/13/2024 | 35679 | GH |

| Date Taken | Description | Amount |
|------------|-------------|--------|
| 8/27/2024 | PRO-LIFE ACTION MINISTRIES, ET AL VS. CITY OF MINNEAPOLIS | |
| | For the Original and One Transcript of the Videotaped Deposition of LISA R. GOODMAN. | 1,561.80 |
| | Thank you. | |
| | Gail M. Hinrichs, RPR Court Reporter | |

We look to the attorney for payment of all charges, not their clients

Please Make Checks Payable to:
Kirby Kennedy & Associates

**Total**          **$1,561.80**

A finance charge of 1 1/2% per month or
18% per annum will be charged on
accounts 30 days past due.



**Court Reporters**
Quality Court Reporting & Legal Videography
www.kirbykennedy.com

Remit to:

**B. Tyler Brooks, Esquire**
**THOMAS MORE SOCIETY**
**309 West Washington Street**
**Suite 1250**
**Chicago, Illinois 60606**

P.O. Box 1446
Maple Grove, Minnesota 55311
kirbykennedy@kkreporters.com
952-922-1955
Federal Tax ID: 46-4423306

| Date | Invoice # | Rep |
|------|-----------|-----|
| 10/2/2024 | 35722 | WV |

| Date Taken | Description | Amount |
|------------|-------------|--------|
| 8/27/2024 | PRO-LIFE ACTION MINISTRIES, ET AL. VS. CITY OF MINNEAPOLIS | |
| | For the Videographer Services for the Deposition of Lisa R. Goodman. | 1,105.00 |
| | Thank you. Kirby Kennedy & Associates Court Reporters | |

We look to the attorney for payment of all charges, not their clients

Please Make Checks Payable to:
Kirby Kennedy & Associates

**Total**          **$1,105.00**

A finance charge of 1 1/2% per month or
18% per annum will be charged on
accounts 30 days past due.



**KIRBY KENNEDY**
Court Reporters
Quality Court Reporting & Legal Videography
www.kirbykennedy.com

Remit to:

P.O. Box 1446
Maple Grove, Minnesota 55311
kirbykennedy@kkreporters.com
952-922-1955
Federal Tax ID: 46-4423306

**B. Tyler Brooks, Esquire**
**THOMAS MORE SOCIETY**
**309 West Washington Street**
**Suite 1250**
**Chicago, Illinois 60606**

| Date | Invoice # | Rep |
|------|-----------|-----|
| 10/2/2024 | 35714 | GH |

| Date Taken | Description | Amount |
|------------|-------------|--------|
| 9/6/2024 | PRO-LIFE ACTION MINISTRIES, ET AL. VS. CITY OF MINNEAPOLIS | |
| | For the Original and One Transcript of the Videotaped Deposition of KELLI N. WILLIAMS. | 1,393.50 |

Thank you.
Gail M. Hinrichs, RPR
Court Reporter

We look to the attorney for payment of all charges, not their clients

Please Make Checks Payable to:
Kirby Kennedy & Associates

**Total**          **$1,393.50**

A finance charge of 1 1/2% per month or
18% per annum will be charged on
accounts 30 days past due.



## KIRBY KENNEDY
### Court Reporters
Quality Court Reporting & Legal Videography
www.kirbykennedy.com

Remit to:

P.O. Box 1446
Maple Grove, Minnesota 55311
kirbykennedy@kkreporters.com
952-922-1955
Federal Tax ID: 46-4423306

**B. Tyler Brooks, Esquire**
**THOMAS MORE SOCIETY**
**309 West Washington Street**
**Suite 1250**
**Chicago, Illinois 60606**

| Date | Invoice # | Rep |
|------|-----------|-----|
| 10/2/2024 | 35724 | WV |

| Date Taken | Description | Amount |
|------------|-------------|--------|
| 9/6/2024 | PRO-LIFE ACTION MINISTRIES, ET AL. VS. CITY OF MINNEAPOLIS | |
| | For the Videographer services rendered for the deposition of Kelli N. Williams. | 1,105.00 |

Thank you.
Kirby Kennedy & Associates
Court Reporters

We look to the attorney for payment of all charges, not their clients

Please Make Checks Payable to:
Kirby Kennedy & Associates

**Total**          **$1,105.00**

A finance charge of 1 1/2% per month or
18% per annum will be charged on
accounts 30 days past due.



**KIRBY KENNEDY**
Court Reporters
Quality Court Reporting & Legal Videography
www.kirbykennedy.com

Remit to:

P.O. Box 1446
Maple Grove, Minnesota 55311
kirbykennedy@kkreporters.com
952-922-1955
Federal Tax ID: 46-4423306

**B. Tyler Brooks, Esquire**
**THOMAS MORE SOCIETY**
**309 West Washington Street**
**Suite 1250**
**Chicago, Illinois 60606**

| Date | Invoice # | Rep |
|------|-----------|-----|
| 11/7/2024 | 35771 | GH |

| Date Taken | Description | Amount |
|------------|-------------|--------|
| 9/16/2024 | PRO-LIFE ACTION MINISTRIES, ET AL VS. CITY OF MINNEAPOLIS | |
| | For the Original and One Transcript of the Videotaped Deposition of TIMOTHY STANLEY. | 1,582.60 |

Thank you.
Kirby Kennedy & Associates
Court Reporters

We look to the attorney for payment of all charges, not their clients

Please Make Checks Payable to:
Kirby Kennedy & Associates

**Total**          **$1,582.60**

A finance charge of 1 1/2% per month or
18% per annum will be charged on
accounts 30 days past due.



## KIRBY KENNEDY
### Court Reporters
Quality Court Reporting & Legal Videography

www.kirbykennedy.com

Remit to:

P.O. Box 1446
Maple Grove, Minnesota 55311
kirbykennedy@kkreporters.com
952-922-1955
Federal Tax ID: 46-4423306

**B. Tyler Brooks, Esquire**
**THOMAS MORE SOCIETY**
**309 West Washington Street**
**Suite 1250**
**Chicago, Illinois 60606**

| Date | Invoice # | Rep |
|------|-----------|-----|
| 1/14/2025 | 35880 | WV |

| Date Taken | Description | Amount |
|------------|-------------|--------|
| 9/16/2024 | PRO-LIFE ACTION MINISTRIES, ET AL. VS. CITY OF MINNEAPOLIS | |
| | For the Videographer Services for the Deposition of TIMOTHY D. STANLEY | 1,100.00 |
| | Thank you. Kirby Kennedy & Associates Court Reporters | |

We look to the attorney for payment of all charges, not their clients.
Invoices are due in 10 days.

**Total**          **$1,100.00**

Please Make Checks Payable to:
Kirby Kennedy & Associates

A finance charge of 1 1/2% per month or
18% per annum will be charged on
accounts 30 days past due.