# EXHIBIT M



**Minneapolis**
City of Lakes

Office of the City Attorney
James R. Rowader, Jr.
City Attorney
350 S. Fifth St., Room 210
Minneapolis, MN 55415
TEL 612.673.3000  TTY 612.673.2157
www.minneapolismn.gov

612.673.2180
sharda.enslin@minneapolismn.gov

February 18, 2022

<u>By Hand Delivery</u>

Nico Ratkowski
Anu Jaswal
Contreras & Metelska, P.A.
200 University Avenue W., Suite 200
St. Paul, MN 55103

Re:     *Ericka Khounedaleth v. City of Minneapolis, et al.*
        Court File No. 20-CV-02325 (WMW/KMM)

Dear Counsel:

Enclosed and served upon you please find the Rule 68 Offer of Judgment from Defendants to
Plaintiff Ericka Khounedaleth.

Sincerely,

*/s Sharda Enslin*

Sharda Enslin
Assistant City Attorney

Enc.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ericka Khounedaleth,                                    Case No. 20-cv-02325 (WMW/KMM)

        Plaintiff,

    v.

City of Minneapolis, a municipal entity;          **RULE 68 OFFER OF JUDGMENT**
Officer Doe #1, in their individual and
official capacity; Officer Doe #2, in their
individual and official capacity,

        Defendants.

TO:   Plaintiff and her attorneys, Nico Ratkowski, Contreras & Metelska 200 University
      Ave. W., Suite 200, St. Paul, Minnesota 55103

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant City of

Minneapolis hereby offers to allow Plaintiff Ericka Khounedaleth to take judgment against

it on all claims made or which could have been made in Plaintiff's Complaint or Amended

Complaint in the total amount of Seven Thousand Five Hundred Dollars ($7,500.00) plus

reasonable attorneys' fees and costs incurred by Plaintiff prior to the date of this offer; that

is, with the costs then accrued.  The attorneys' fees and costs will be in an amount to be set

by the Court.

      Acceptance of this offer of judgment against Defendant City of Minneapolis will be

full satisfaction of all federal and state law claims or rights that Plaintiff may have to

damages, or any other form of relief, and extinguish any claim or claims by Plaintiff against

all named Defendants, as well as the unnamed Officer Doe #1 and Officer Doe #2

1

Defendants, and their agents and employees that were brought or could have been brought in Plaintiff's Complaint or Amended Complaint. By accepting this offer of judgment, Plaintiff agrees that the existing claims against the City of Minneapolis, Officer Doe #1, and Officer Doe #2 will be dismissed with prejudice.

This offer of judgment is not to be construed as an admission that the Defendant or its agents and employees are liable in this action or that Plaintiff has suffered any damages. Defendant expressly denies the validity of Plaintiff's claims and expressly denies any liability. This offer is contingent on acceptance by Plaintiff in accordance with Rule 68 of the Federal Rules of Civil Procedure.

Dated: February 18, 2022

JAMES R. ROWADER, JR.
City Attorney
By */s Sharda Enslin*
SHARDA ENSLIN (0389370)
KRISTIN R. SARFF (0388003)
HEATHER P. ROBERTSON (0390470)
Assistant City Attorneys
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-3919
(612) 673-2180
(612) 673-3949
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov
heather.robertson@minneapolismn.gov

*Attorneys for Defendant City of Minneapolis*

2