# EXHIBIT N

CLOSED,CV

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:20-cv-02325-WMW-BRT

| | |
|---|---|
| Khounedaleth v. City of Minneapolis et al | Date Filed: 11/13/2020 |
| Assigned to: Judge Wilhelmina M. Wright | Date Terminated: 04/04/2022 |
| Referred to: Magistrate Judge Becky R. Thorson | Jury Demand: Both |
| Demand: $600,000 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Ericka Khounedaleth**     represented by     **Nicholas Ratkowski**
Ratkowski Law PLLC
332 Minnesota Street
Suite W1610
Saint Paul, MN 55101
651-755-5150
Email: nico@ratkowskilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anu Jaswal**
Nilan Johnson Lewis PA
250 Marquette Avenue South
Suite 800
Minneapolis, MN 55401
612-305-7500
Fax: 612-305-7501
Email: msanujaswal@gmail.com
*TERMINATED: 05/20/2021*

V.

**Defendant**

**City of Minneapolis**     represented by     **Heather Passe Robertson**
*a municipal entity*                                       Minneapolis City Attorney's Office
Civil Division
City Hall
350 South 5th Street, Ste 210
Minneapolis, MN 55415
612-673-3949
Email: heather.robertson@minneapolismn.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin R. Sarff**

Minneapolis City Attorney's Office
350 S 5th St Rm 210
Mpls, MN 55415
612-673-3919
Fax: 612-673-3362
Email: kristin.sarff@minneapolismn.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharda R Enslin**
City of Minneapolis - City Attorney's Office
350 South Fifth Street
Room 210
Minneapolis, MN 55415
612-673-2180
Email: sharda.enslin@minneapolismn.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Doe**
*#1, in their individual and official capacity*

**Defendant**

**Officer Doe**
*#2, in their individual and official capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2020 | 1 | COMPLAINT against City of Minneapolis, Officer Doe #1, Officer Doe #2 (filing fee $400, receipt number AMNDC-8219861) filed by Ericka Khounedaleth. Filer requests summons issued. (Attachments: # 1 Civil Cover Sheet) (Ratkowski, Nicholas) Modified text on 11/13/2020 (lmb). (Entered: 11/13/2020) |
| 11/13/2020 | 2 | TEXT ONLY ENTRY: CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Wilhelmina M. Wright per 3rd/4th Civil Rights list, referred to Magistrate Judge Katherine M. Menendez. Please use case number 20-cv-2325 WMW/KMM. (kt) (Entered: 11/13/2020) |
| 11/13/2020 | 3 | Summons Issued as to City of Minneapolis, Officer Doe(#2, in their individual and official capacity), Officer Doe(#1, in their individual and official capacity). (kt) (Entered: 11/13/2020) |
| 11/17/2020 | 4 | (Text-Only) NOTICE - Judge Wilhelmina M. Wright's Practice Pointers are available on the United States District Court for the District of Minnesota's website. All parties are expected to be familiar with and adhere to these Practice Pointers, including Judge Wright's deviations from the Local Rules with respect to motion scheduling and briefing deadlines. (RJE) (Entered: 11/17/2020) |
| 11/17/2020 | 5 | NOTICE of Appearance by Anu Jaswal on behalf of Ericka Khounedaleth. (Jaswal, Anu) (Entered: 11/17/2020) |
| 12/16/2020 | 6 | NOTICE of Appearance by Heather Passe Robertson on behalf of City of Minneapolis. (Robertson, Heather) (Entered: 12/16/2020) |

| | | |
|---|---|---|
| 12/16/2020 | 7 | STIPULATION *for Extension of Time to Answer or Otherwise Respond to Complaint* by City of Minneapolis. Jointly Signed by Ericka Khounedaleth. (Robertson, Heather) (Entered: 12/16/2020) |
| 12/16/2020 | 8 | PROPOSED ORDER TO JUDGE re 7 Stipulation. (Robertson, Heather) (Entered: 12/16/2020) |
| 12/16/2020 | 9 | (Text-Only) ORDER on 7 Stipulation for Extension of Time to Answer or Otherwise Respond to Complaint. City of Minneapolis answer due 1/8/2021. Ordered by Magistrate Judge Katherine M. Menendez on 12/16/2020. (KAT) (Entered: 12/16/2020) |
| 01/08/2021 | 10 | MOTION to Dismiss/General filed by City of Minneapolis. (Enslin, Sharda) (Entered: 01/08/2021) |
| 01/08/2021 | 11 | NOTICE OF HEARING ON MOTION 10 MOTION to Dismiss/General : Date and time to be determined. (Enslin, Sharda) (Entered: 01/08/2021) |
| 01/08/2021 | 12 | MEMORANDUM in Support re 10 MOTION to Dismiss/General filed by City of Minneapolis. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate) (Enslin, Sharda) (Entered: 01/08/2021) |
| 01/08/2021 | 13 | MEET and CONFER STATEMENT re 10 Motion to Dismiss/General filed by City of Minneapolis.(Enslin, Sharda) (Entered: 01/08/2021) |
| 01/08/2021 | 14 | PROPOSED ORDER TO JUDGE re 10 MOTION to Dismiss/General filed by City of Minneapolis.(Enslin, Sharda) (Entered: 01/08/2021) |
| 01/14/2021 | 15 | STIPULATION *of Time for Plaintiff to Amend the Complaint and the City to Answer or Otherwise Respond to the Amended Complaint* by City of Minneapolis. Jointly Signed by Ericka Khounedaleth. (Enslin, Sharda) (Entered: 01/14/2021) |
| 01/14/2021 | 16 | PROPOSED ORDER TO JUDGE re 15 Stipulation. (Enslin, Sharda) (Entered: 01/14/2021) |
| 01/14/2021 | 17 | ORDER on 15 Stipulation of Time for Plaintiff to Amend the Complaint and the City to Answer or Otherwise Respond to the Complaint. Amended Pleadings due by 2/12/2021. See Order for details. Signed by Magistrate Judge Katherine M. Menendez on 1/14/2021. (KAT) (Entered: 01/14/2021) |
| 02/08/2021 | 18 | AMENDED COMPLAINT against City of Minneapolis, Officer Doe(#2, in their individual and official capacity), Officer Doe(#1, in their individual and official capacity). filed by Ericka Khounedaleth. No summons requested. (Ratkowski, Nicholas) (Entered: 02/08/2021) |
| 02/09/2021 | 19 | Letter re: withdrawal of motion re 10 MOTION to Dismiss/General . (Enslin, Sharda) (Entered: 02/09/2021) |
| 03/15/2021 | 20 | MOTION to Dismiss/General filed by City of Minneapolis. (Enslin, Sharda) (Entered: 03/15/2021) |
| 03/15/2021 | 21 | NOTICE OF HEARING ON MOTION 20 MOTION to Dismiss/General : Date and time to be determined. (Enslin, Sharda) (Entered: 03/15/2021) |
| 03/15/2021 | 22 | MEMORANDUM in Support re 20 MOTION to Dismiss/General filed by City of Minneapolis. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate) (Enslin, Sharda) (Entered: 03/15/2021) |
| 03/15/2021 | 23 | MEET and CONFER STATEMENT re 20 Motion to Dismiss/General filed by City of Minneapolis.(Enslin, Sharda) (Entered: 03/15/2021) |

| | | |
|---|---|---|
| 03/15/2021 | 24 | PROPOSED ORDER TO JUDGE re 20 MOTION to Dismiss/General filed by City of Minneapolis.(Enslin, Sharda) (Entered: 03/15/2021) |
| 03/17/2021 | 25 | (Text-Only) NOTICE OF HEARING ON MOTION: Motion Hearing on 20 Motion to Dismiss is set for 6/10/2021 at 09:00 AM in Courtroom 7A (STP) before Judge Wilhelmina M. Wright.<br><br>**Notice to Public:** Please visit our website at https://www.mnd.uscourts.gov/court-schedules for audio connection information for this hearing. Note that hearings might not appear on the court schedule or courthouse kiosk until one week before the hearing date.<br><br>(RJE) (Entered: 03/17/2021) |
| 03/18/2021 | 26 | (Text-Only) NOTICE of Resetting of Hearing: The Motion Hearing on 20 Motion to Dismiss is rescheduled to 6/8/2021 at 01:00 PM in Courtroom 7A (STP) before Judge Wilhelmina M. Wright.<br><br>**Notice to Public:** Please visit our website at https://www.mnd.uscourts.gov/court-schedules for audio connection information for this hearing. Note that hearings might not appear on the court schedule or courthouse kiosk until one week before the hearing date.<br><br>(RJE) (Entered: 03/18/2021) |
| 04/05/2021 | 27 | MEMORANDUM in Opposition re 20 MOTION to Dismiss/General filed by Ericka Khounedaleth. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate Certificate of Compliance)(Ratkowski, Nicholas) (Entered: 04/05/2021) |
| 04/19/2021 | 28 | REPLY re 27 Memorandum in Opposition to Motion filed by City of Minneapolis. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Enslin, Sharda) (Entered: 04/19/2021) |
| 05/20/2021 | 29 | NOTICE of Withdrawal as Attorney (Jaswal, Anu) (Entered: 05/20/2021) |
| 06/02/2021 | 30 | (Text-Only) NOTICE of Resetting of Hearing: Motion Hearing is set for 6/8/2021 at 01:00 PM in Telephone Conference (no courtroom) before Judge Wilhelmina M. Wright.<br><br>**Notice to Public:** Please visit our website at https://www.mnd.uscourts.gov/court-schedules for audio connection information for this hearing. Note that hearings might not appear on the court schedule or courthouse kiosk until one week before the hearing date.<br><br>(RJE) (Entered: 06/02/2021) |
| 06/04/2021 | 31 | (Text-Only) NOTICE of Resetting of Hearing: The Motion Hearing on 20 Motion to Dismiss is rescheduled to 7/27/2021 at 01:00 PM in Telephone Conference (no courtroom) before Judge Wilhelmina M. Wright.<br><br>**Notice to Public:** Please visit our website at https://www.mnd.uscourts.gov/court-schedules for audio connection information for this hearing. Note that hearings might not appear on the court schedule or courthouse kiosk until one week before the hearing date.<br><br>(RJE) (Entered: 06/04/2021) |
| 06/09/2021 | 32 | (Text-Only) NOTICE of Resetting of Hearing: The Motion Hearing on 20 Motion to Dismiss is rescheduled to 8/5/2021 at 01:00 PM in Telephone Conference (no courtroom) before Judge Wilhelmina M. Wright.<br><br>**Notice to Public:** Please visit our website at https://www.mnd.uscourts.gov/court-schedules for audio connection information for this hearing. Note that hearings might not |

| | | |
|---|---|---|
| | | appear on the court schedule or courthouse kiosk until one week before the hearing date. (RJE) (Entered: 06/09/2021) |
| 08/02/2021 | 33 | (Text-Only) NOTICE of Resetting of Hearing: The Motion Hearing on 20 Motion to Dismiss is rescheduled to 10/22/2021 at 11:00 AM in Courtroom 7A (STP) before Judge Wilhelmina M. Wright. (RJE) (Entered: 08/02/2021) |
| 10/22/2021 | 34 | Minute Entry for proceedings held before Judge Wilhelmina M. Wright: Motion Hearing held on 10/22/2021 re 20 MOTION to Dismiss/General filed by City of Minneapolis. (Court Reporter Lori Simpson) (RJE) (Entered: 10/26/2021) |
| 12/22/2021 | 35 | (Text-only) CLERK'S NOTICE OF REASSIGNMENT. Due to the elevation of Magistrate Judge Katherine M. Menendez to District Judge, this case is reassigned to Magistrate Judge Becky R. Thorson. **NOTE:** the new case number is **20-cv-2325 WMW/BRT**. Please use this case number for all subsequent pleadings. Note: the current hearings and deadlines in these cases may be reset (if necessary) by the new MJ Courtroom Deputy. (kt) (Entered: 12/22/2021) |
| 01/24/2022 | 36 | ORDER. IT IS HEREBY ORDERED that Defendant City of Minneapolis's motion to dismiss 20 is GRANTED as to Counts 4 and 6 and DENIED as to Counts 5 and 7. (Written Opinion) Signed by Judge Wilhelmina M. Wright on 1/24/2022. (RJE) (Entered: 01/24/2022) |
| 01/26/2022 | 37 | ORDER/NOTICE: Pretrial Conference set for 3/1/2022 at 11:00 AM in Video Conference (no courtroom) before Magistrate Judge Becky R. Thorson. Signed by Magistrate Judge Becky R. Thorson on 1/26/2022. (Attachments: # 1 Consent Form)(MSK) (Entered: 01/26/2022) |
| 02/07/2022 | 38 | ANSWER to 18 Amended Complaint filed by City of Minneapolis. (Robertson, Heather) (Entered: 02/07/2022) |
| 02/22/2022 | 39 | (Text-Only) NOTICE of Cancelation of Hearing: The pretrial conference set for 3/1/2022 before Magistrate Judge Becky R. Thorson is canceled. (MSK) (Entered: 02/22/2022) |
| 03/25/2022 | 40 | NOTICE of Acceptance with Offer of Judgment by Ericka Khounedaleth (Attachments: # 1 Acceptance of Rule 68 Offer with proof of service)(Ratkowski, Nicholas) (Entered: 03/25/2022) |
| 04/01/2022 | 41 | JUDGMENT in favor of Ericka Khounedaleth against City of Minneapolis (Attachments: # 1 Civil Notice - appeal)(CLK) (Entered: 04/01/2022) |
| 04/05/2022 | 42 | STIPULATION by City of Minneapolis. Jointly Signed by Ericka Khounedaleth. (Enslin, Sharda) (Entered: 04/05/2022) |
| 04/05/2022 | 43 | PROPOSED ORDER TO JUDGE re 42 Stipulation. (Enslin, Sharda) (Entered: 04/05/2022) |
| 04/13/2022 | 44 | ORDER. IT IS HEREBY ORDERED: 1. The parties' joint motion for an extension of time to file a motion for attorneys' fees, costs, and expenses 42 is GRANTED. 2. Plaintiff Ericka Khounedaleth must file any motion for attorneys' fees, costs, and expenses on or before May 19, 2022. Signed by Judge Wilhelmina M. Wright on 4/13/2022. (RJE) (Entered: 04/13/2022) |

**PACER Service Center**

**Transaction Receipt**

| 01/23/2025 19:52:34 | | | |
|---|---|---|---|
| **PACER Login:** | thomasmoresoc | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 0:20-cv-02325-WMW-BRT |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |