# EXHIBIT O



*ELM Solutions*

# 2023 Real Rate Report®

The industry's leading analysis of law firm rates, trends, and practices





## Report Editor

**Jeffrey Solomon**
Vice President, Segment Leader
LegalVIEW® BillAnalyzer
Wolters Kluwer ELM Solutions

## Lead Data Analysts

**Carol Au**
Business Systems Quantitative Analyst
Wolters Kluwer ELM Solutions

**Anand Kumar Pathinettam Padian**
Software and Data Engineer
Wolters Kluwer ELM Solutions

## ELM Solutions Creative

**David Andrews**
Senior Graphic Designer
Wolters Kluwer ELM Solutions

## Contributing Analysts and Authors

**Jason Bender**
Legal Analytics Product Manager
Wolters Kluwer ELM Solutions

**Haemi Jung**
Strategic Business Intelligence Manager
Wolters Kluwer ELM Solutions

**Margie Sleboda**
Lead Technology Product Manager
Wolters Kluwer ELM Solutions

## Executive Sponsor

**Barry Ader**
Vice President, Product Management and Marketing
Wolters Kluwer ELM Solutions

© 2004 - 2023 Wolters Kluwer ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

> ELM Solutions, a Wolters Kluwer business
> 3009 Post Oak Blvd, Suite 1000
> Houston, TX 77056 United States
> ATTN: Marketing
> ELMSolutionsSales@wolterskluwer.com

**LEGAL CAVEAT**

Wolters Kluwer ELM Solutions has worked to ensure the accuracy of the information in this report; however, Wolters Kluwer ELM Solutions cannot guarantee the accuracy of the information or analyses in all cases. Wolters Kluwer ELM Solutions is not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Wolters Kluwer ELM Solutions is not responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2023 - Real Rates for Associate and Partner**  **Trend Analysis - Mean**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|---|---|---|---|
| **Louisville KY** | Litigation | Partner | 17 | $268 | $340 | $400 | $331 | $333 | $332 |
| **Memphis TN** | Litigation | Partner | 12 | $250 | $415 | $433 | $358 | $382 | $357 |
|  | Non-Litigation | Partner | 12 | $347 | $365 | $395 | $374 | $362 | $340 |
| **Miami FL** | Litigation | Partner | 88 | $279 | $520 | $655 | $498 | $465 | $488 |
|  |  | Associate | 51 | $254 | $327 | $492 | $383 | $346 | $331 |
|  | Non-Litigation | Partner | 121 | $450 | $602 | $885 | $652 | $617 | $577 |
|  |  | Associate | 83 | $283 | $450 | $525 | $433 | $429 | $418 |
| **Milwaukee WI** | Non-Litigation | Partner | 27 | $345 | $425 | $575 | $513 | $495 | $486 |
|  |  | Associate | 19 | $265 | $290 | $347 | $311 | $314 | $314 |
| **Minneapolis MN** | Litigation | Partner | 42 | $340 | $630 | $781 | $599 | $589 | $529 |
|  |  | Associate | 50 | $306 | $393 | $558 | $427 | $446 | $392 |
|  | Non-Litigation | Partner | 114 | $530 | $681 | $785 | $660 | $632 | $604 |
|  |  | Associate | 89 | $310 | $425 | $530 | $432 | $427 | $408 |
| **Nashville TN** | Litigation | Partner | 21 | $294 | $320 | $525 | $384 | $363 | $378 |

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2023 - Real Rates for Associate and Partner** — Trend Analysis - Mean

| City | Role | n | First Quartile | Median | Third Quartile | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|---|---|---|
| **Buffalo NY** | Partner | 36 | $262 | $360 | $369 | $334 | $347 | $336 |
|  | Associate | 18 | $226 | $279 | $290 | $260 | $245 | $238 |
| **Charleston SC** | Partner | 16 | $300 | $305 | $499 | $381 | $372 | $358 |
|  | Associate | 13 | $225 | $240 | $250 | $250 | $234 | $245 |
| **Charleston WV** | Partner | 33 | $259 | $300 | $341 | $315 | $314 | $294 |
|  | Associate | 14 | $145 | $185 | $206 | $186 | $197 | $186 |
| **Charlotte NC** | Associate | 78 | $325 | $386 | $455 | $448 | $455 | $437 |
| **Chicago IL** | Partner | 636 | $630 | $873 | $1,235 | $925 | $889 | $864 |
|  | Associate | 522 | $455 | $618 | $828 | $647 | $584 | $584 |
| **Cincinnati OH** | Partner | 66 | $415 | $520 | $600 | $525 | $476 | $463 |
|  | Associate | 62 | $270 | $304 | $372 | $317 | $311 | $295 |
| **Cleveland OH** | Partner | 179 | $417 | $536 | $684 | $583 | $560 | $535 |
|  | Associate | 161 | $260 | $302 | $420 | $340 | $331 | $322 |
| **Columbia SC** | Partner | 39 | $320 | $452 | $550 | $444 | $434 | $401 |

# Section II: Industry Analysis

**Technology and Telecommunications**
By Practice Area and Matter Type

**2023 - Real Rates for Associate and Partner**  **Trend Analysis - Mean**

| Practice Area | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|---|---|---|---|
| **Bankruptcy and Collections** | Litigation | Partner | 11 | $603 | $645 | $708 | $645 | $570 | $578 |
| **Commercial** | Litigation | Partner | 106 | $586 | $931 | $1,230 | $939 | $898 | $845 |
| | | Associate | 136 | $345 | $519 | $812 | $556 | $547 | $557 |
| | Non-Litigation | Partner | 29 | $400 | $549 | $795 | $613 | $658 | $666 |
| | | Associate | 12 | $406 | $715 | $820 | $616 | $542 | $506 |
| **Corporate: Antitrust and Competition** | Litigation | Partner | 16 | $942 | $1,052 | $1,110 | $1,079 | $992 | $810 |
| | | Associate | 27 | $567 | $763 | $841 | $697 | $446 | $493 |
| | Non-Litigation | Partner | 24 | $978 | $1,148 | $1,486 | $1,236 | $1,220 | $1,141 |
| | | Associate | 36 | $589 | $789 | $930 | $774 | $748 | $694 |
| **Corporate: Governance** | Non-Litigation | Partner | 62 | $1,071 | $1,275 | $1,554 | $1,322 | $1,258 | $1,270 |
| | | Associate | 79 | $639 | $755 | $979 | $780 | $803 | $781 |
| **Corporate: Mergers, Acquisitions and Divestitures** | Non-Litigation | Partner | 61 | $829 | $898 | $1,090 | $995 | $939 | $811 |
| | | Associate | 99 | $475 | $625 | $775 | $605 | $611 | $498 |
| **Corporate: Other** | Litigation | Partner | 99 | $593 | $803 | $973 | $821 | $837 | $864 |
| | | Associate | 103 | $402 | $530 | $726 | $541 | $552 | $514 |
| | Non-Litigation | Partner | 226 | $677 | $937 | $1,111 | $950 | $881 | $825 |
| | | Associate | 175 | $475 | $630 | $755 | $624 | $585 | $565 |
| **Corporate: Regulatory and Compliance** | Non-Litigation | Partner | 223 | $633 | $830 | $996 | $828 | $778 | $726 |

# Section II: Practice Area Analysis

## Commercial
By City

**2023 - Real Rates for Associate and Partner**  **Trend Analysis - Mean**

| City | Role | n | First Quartile | Median | Third Quartile | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|---|---|---|
| **Los Angeles CA** | Partner | 71 | $596 | $800 | $1,156 | $885 | $901 | $840 |
| | Associate | 72 | $525 | $645 | $914 | $691 | $715 | $735 |
| **Miami FL** | Partner | 43 | $518 | $615 | $693 | $632 | $603 | $562 |
| | Associate | 24 | $400 | $450 | $545 | $479 | $432 | $390 |
| **Minneapolis MN** | Partner | 52 | $607 | $710 | $875 | $715 | $670 | $657 |
| | Associate | 50 | $369 | $458 | $576 | $481 | $466 | $459 |
| **New York NY** | Partner | 167 | $696 | $1,111 | $1,688 | $1,179 | $1,153 | $1,046 |
| | Associate | 179 | $521 | $803 | $1,086 | $812 | $752 | $617 |
| **Philadelphia PA** | Partner | 112 | $554 | $710 | $861 | $737 | $751 | $684 |
| | Associate | 88 | $383 | $450 | $594 | $499 | $476 | $446 |
| **Pittsburgh PA** | Partner | 22 | $414 | $759 | $1,010 | $762 | $652 | $635 |
| | Associate | 15 | $280 | $425 | $568 | $436 | $408 | $443 |
| **Portland OR** | Partner | 15 | $498 | $580 | $617 | $570 | $576 | $557 |
| | Associate | 28 | $395 | $458 | $505 | $452 | $448 | $406 |
| **San Diego CA** | Partner | 11 | $415 | $889 | $1,050 | $843 | $718 | $590 |