# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PRO-LIFE ACTION MINISTRIES, LUCY MALONEY, THOMAS WILKIN, and DEBRA BRAUN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MINNEAPOLIS, a Minnesota municipality,<br><br>Defendant. | Case No. 23-CV-00853 (ECT/DJF)<br><br>**[PROPOSED] ORDER** |

Plaintiffs Pro-Life Action Ministries, Lucy Maloney, Thomas Wilkin, and Debra Braun moved for an Order awarding attorney fees and nontaxable costs under Local Rule 54.03, Federal Rule of Civil Procedure 54, and 42 U.S.C. §§ 1983 and 1988. The total amount that Plaintiffs are seeking in this motion is $857,959.67 in fees and costs.

Plaintiffs are prevailing parties because they accepted a Rule 68 Offer of Judgment made by the City of Minneapolis. The Court issued a judgment in favor of Plaintiffs on December 19, 2024. Dkt. No. 101.

Plaintiffs' attorneys' fees and cost request for $857,959.67 is found to be reasonable and therefore, the motion is GRANTED.

Plaintiffs' request for post-judgment interest on the award of attorneys' fees is GRANTED.

**SO ORDERED**.

Dated: _____                    _____

                                                     Eric C. Tostrud
                                                     United States District Judge