# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PRO-LIFE ACTION MINISTRIES, LUCY MALONEY, THOMAS WILKIN, and DEBRA BRAUN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MINNEAPOLIS, a Minnesota municipality,<br><br>Defendant. | Case No. 23-CV-00853 (ECT/DJF)<br><br>**MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 7.1 REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, Peter Breen, am one of the attorneys representing Plaintiffs in the above-entitled matter. I hereby certify that counsel for the parties have not yet been able to meet and confer in an attempt to resolve the parties' differences and eliminate the need for this motion. In accordance with Local Rule 7.1(a)(1)(A), I submit this statement to advise the Court that, although the parties have not yet been able to meet and confer, Plaintiffs' counsel will promptly attempt to do so. Additionally, the parties have a mediation scheduled for March 3, 2025, with U.S. Magistrate Judge Foster, where these specific issues will be mediated and potentially resolved prior to the hearing date of March 10, 2025.

Respectfully submitted, this 23rd day of January, 2025.

/s/ Peter Breen
Peter Breen†
Joan Mannix†
B. Tyler Brooks†
Nathan Loyd†
THOMAS MORE SOCIETY
309 W. Washington Street
Suite 1250
Chicago, IL 60606
Telephone: (312) 782-1680
Fax: (336) 900-6535
pbreen@thomasmoresociety.org
jmannix@thomasmoresociety.org
tbrooks@thomasmoresociety.org
nloyd@thomasmoresociety.org

† admitted *pro hac vice*

Erick G Kaardal
Elizabeth A. Nielson
MOHRMAN, KAARDAL & ERICKSON, P.A.
150 South Fifth Street
Suite 3100
Minneapolis, MN 55402
Telephone: (612) 465-0927
Fax: 612-341-1076
kaardal@mklaw.com
nielson@mklaw.com

*Attorneys for Plaintiffs*