# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PRO-LIFE ACTION MINISTRIES, LUCY MALONEY, THOMAS WILKIN, and DEBRA BRAUN,

Plaintiffs,

v.

CITY OF MINNEAPOLIS, a Minnesota municipality,

Defendant.

Case No. 23-CV-00853 (ECT/DJF)

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on March 10, 2024, at 10:00 a.m. in person before the Honorable Eric C. Tostrud, United States District Judge, the Court will hear Plaintiffs' Motion for Attorneys' Fees and Costs.

Respectfully submitted, this 23rd day of January, 2025.

/s/ Peter Breen
Peter Breen†
Joan Mannix†
B. Tyler Brooks†
Nathan Loyd†
THOMAS MORE SOCIETY
309 W. Washington Street
Suite 1250
Chicago, IL 60606
Telephone: (312) 782-1680
Fax: (336) 900-6535
pbreen@thomasmoresociety.org
jmannix@thomasmoresociety.org
tbrooks@thomasmoresociety.org
nloyd@thomasmoresociety.org

† admitted *pro hac vice*

Erick G Kaardal
Elizabeth A. Nielson
MOHRMAN, KAARDAL & ERICKSON, P.A.
150 South Fifth Street
Suite 3100
Minneapolis, MN 55402
Telephone: (612) 465-0927
Fax: 612-341-1076
kaardal@mklaw.com
nielson@mklaw.com

*Attorneys for Plaintiffs*