

Office of the City Attorney
Kristyn Anderson
City Attorney
350 S. Fifth St., Room 210
Minneapolis, MN 55415
TEL 612.673.3000  TTY 612.673.2157
www.minneapolismn.gov

612.673.3152
Munazza.humayun@minneapolismn.gov

August 26, 2024

**VIA E-MAIL ONLY**

Peter Breen
B. Tyler Brooks
309 W. Washington St., Ste. 1250
Chicago, IL 60606

Re:   *Pro-Life Action Ministries, et al. v. City of Minneapolis*
      **CLAW-BACK NOTICE AND PRODUCTION OF DOCUMENTS WITH REVISED PRIVILEGE DESIGNATIONS**

Dear Counsel:

Pursuant to Magistrate Judge Foster's ruling at the IDR, the City has reviewed its privilege designations in accordance with the principles Judge Foster set forth. As you know, Judge Foster concluded that when information protected by the City's attorney-client privilege was shared with a third party without the City Council's waiver of the privilege, the communication did not destroy the privilege. The attached spreadsheet explains the revisions the City has made.

## **CLAW-BACK NOTICE**

Documents identified as subject to claw-back in the three "CLAW-BACK" columns are privileged and were either inadvertently produced in the City's previous productions to Plaintiffs, or were included in Planned Parenthood's productions to Plaintiffs. In accordance with the Protective Order in this case, the City is notifying you of the inadvertent disclosure. In accordance with the Protective Order and Fed. R. Civ. P. 26(b)(5)(B), we ask that you:

1. promptly return, sequester, or destroy all copies you have of the documents listed in the three "CLAW-BACK" columns and any information in them;
2. not use or disclose those documents or the information in them; and
3. take reasonable steps to retrieve the documents and the information in them if you have disclosed the documents or the information in them to others.

On the attached spreadsheet, in the column "Not included in previous productions," you will notice a handful of documents listed. All but two of these are subsets of email chains that have been previously produced. Of the remaining two, one is entirely privileged.

Lathrop Ex. 1

August 16, 2024

The link below contains an updated production that reflects the revised privilege designations.

📁 [2024-07-24](#)

Sincerely,

*/s/ Munazza Humayun*

Munazza Humayun
Assistant City Attorney