

Ordinance No. 2024-048     City of Minneapolis     File No. 2024-01404

Author: Chughtai    Notice: N/A    1st Reading: Dec 5, 2024    Committee: None

Public Hearing: None    2nd Reading: Dec 5, 2024    Passage: Dec 5, 2024    Publication: DEC 1 4 2024

| RECORD OF COUNCIL VOTE | | | | |
|---|---|---|---|---|
| COUNCIL MEMBER | AYE | NAY | ABSTAIN | ABSENT |
| Payne | X | | | |
| Chughtai | X | | | |
| Wonsley | | | | X |
| Rainville | X | | | |
| Vetaw | X | | | |
| Ellison | | | | X |
| Osman | | | | X |
| Cashman | X | | | |
| Jenkins | | | | X |
| Chavez | X | | | |
| Koski | X | | | |
| Chowdhury | X | | | |
| Palmisano | X | | | |

**MAYOR ACTION**

☑ APPROVED     ☐ VETOED

MAYOR

DEC 10 2024

DATE

*Certified an official action of the City Council*

ATTEST:

CITY CLERK

Presented to Mayor: DEC 0 6 2024     Received from Mayor: DEC 1 1 2024

---

Amending Title 15, Chapter 405 of the Minneapolis Code of Ordinances relating to Offenses—Miscellaneous: Security of Reproductive Healthcare Facilities.

Section 1. That Section 405.20 of the above-entitled ordinance be amended to read as follows:

405.20. Disrupting access to reproductive healthcare facilities prohibited. No person shall knowingly physically disrupt any person's access to, ingress to, or egress from a reproductive healthcare facility, or attempt to do so, except:

(1) When crossing the driveway completely from one side of the driveway to the other without stopping or slowing and continuing to a destination beyond the furthest lot line of the reproductive healthcare facility;

Lathrop Ex. 3

(2) When using the driveway to move from the reproductive healthcare facility to the street or vice versa;

(3) Government employees, agents, and assigns, such as law enforcement, emergency medical personnel, firefighters, regulatory services, and public works, when acting within the scope of their duties; or

(4) Employees, agents, and assigns of the reproductive healthcare facility when acting within the scope of their duties.

<u>(5) Any person or group engaging in conduct protected by the United States Constitution, the Minnesota Constitution, or federal or Minnesota law.</u>

Section 2. That Section 405.30 of the above-entitled ordinance be amended to read as follows:

405.30. Occupying driveways prohibited. No person shall knowingly enter onto or create an obstruction within a driveway during the reproductive healthcare facility's business hours, except:

(1) When crossing the driveway completely from one side of the driveway to the other without stopping or slowing and continuing to a destination beyond the furthest lot line of the reproductive healthcare facility;

(2) When using the driveway to move from the reproductive healthcare facility to the street or vice versa;

(3) Government employees, agents, and assigns, such as law enforcement, emergency medical personnel, firefighters, regulatory services, and public works, when acting within the scope of their duties; or

(4) Employees, agents, and assigns of the reproductive healthcare facility when acting within the scope of their duties.

<u>(5) Any person or group engaging in conduct protected by the United States Constitution, the Minnesota Constitution, or federal or Minnesota law.</u>

Lathrop Ex. 3